**district court of the united states**
**for the eastern district of pennsylvania.**
**Ecclesiastical High Courts of Chancery**

| | | |
|---|---|---|
| johnson, andre lemaurio, a *Moor beneficiary* | § | The United States of America |
| AMUUR MATIYN ZAAKIR EL TRUST | | **Original Equal Justice being rendered in Admiralty** |
| A Emperor, Admiral, Mariner, Merchant, Piloter | § | **and Maritime Jurisdiction by Nature law of Nations** |
| a *private Moor aboriginal illinoisan national,* | § | *Treaty of Marrakech 1786.* |
| *and Subject of the Al Maroc Shereefian Empire* | § | *ARTICLE XXI.,* |
| *Claimant/Libellant/Suitor* | § | *Treaty of Tunis 1824* |
| | § | *ARTICLE XII.* |
| -v- | § | *1789 constitution of the united states* |
| *controversy/contravention* | § | *of america in congress assembled,* |
| | § | *Article III, §2§§1, Article VI* |
| *custodian(s) fiduciarie(s) libelee(s) privateer(s)* | § | the *Judiciary Act of 1789 1 stat 73* |
| | | *§9, §11,13 §16, and §20,§22,§25,§26 , §30,§32* |

Andre Lemaurio Johnson Estate et al., beneficiary    **Master Bill of Lading**
ANDRE LEMAURIO JOHNSON et al                              **Ships Manifest**
                                                                                  § Non-Negotiable
Deandre Laterrio Johnson Estate et al., beneficiary       Docket (trust) No.
DEANDRE LATERRIO JOHNSON et al.,                         **Special Civil Cause to Proceed Ex Parte**
                                                                                  § **Complaint**
                                                                                  § To: sanchez, juan r d/b/a JUAN R. SANCHEZ
Andrecia Lemaurie Beasley Estate et al., beneficiary    § chief judge/acting as Master/Chancellor et al.,
ANDRECIA LEMAURIE BEASLEY et al                          Restricted: *In Camera*
                                                                                      § (consignee)
                                        To: wylesol, george v d/b/a GEORGE V. WYLESOL
                                                                                  § special clerk of the court et al.,(Consignee)
                                                                                  § c/o **district court of the united states** for
                                                                                  § the eastern district of pennsylvania
                                                                                  §
                                                                                  § 601 market street
                                                                                  § Philadelphia, Pennsylvania near  [19106]
                                                                                  § Restricted Registered Mail
                                                                                  § **Speciali Causa (Special Cause)**
                                                                                  § **Private, Special, Privileged**
                                                                                  § **Confidential**
                                                                                  § **Excluding the Public and Press**
                                                                                  §
                                                                                  § **Special Term, without General**
                                                                                  § **without Statutes, without FRCP**
                                                                                  § **Federal Rules of Civil Procedure**
                                                                                  § without FRAP whose prize proceedings is not applicabl
holbrook, thomas d/b/a THOMAS HOLBROOK                      in admiralty and maritime

Page **1**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

HEIRS AND ASSIGNS

*"Where there is a conflict between the Maxims of*
§    *Equity and the rules of the common law over the*
    *same subject matter, Equity shall prevail."*

ngozi, ezike d/b/a EZIKE NGOZI
illinois director of public health et al
HEIRS AND ASSIGNS

raoul, kwame d/b/a RAOUL KWAME
illinois attorney general et al.
HEIRS AND ASSIGNS

harrell, melissa d/b/a MELISSA HARRELL
rutherford county, tennessee circuit court
clerk et al
HEIRS AND ASSIGNS

slatery iii, herbert d/b/a HERBERT SLATERY III
tennessee attorney general
HEIRS AND ASSIGNS

hill, lynda d/b/a LYNDA HILL et al
district court of the united states clerk of court
middle district of tennessee
HEIRS AND ASSIGNS

garland, merrick d/b/a
MERRICK GARLAND
attorney general et al.
**United States Department of Justice**
HEIRS AND ASSIGNS

§
§campbell jr , william d/b/a WILLIAM
§CAMPBELL JR. et al
§district court of the united states judge
§middle district of tennessee
§HEIRS AND ASSIGNS
§

saul, andrew d/b/a
ANDREW SAUL
commissioner et al.,
**Social Security Administration**
HEIRS AND ASSIGNS

§richardson, eli d/b/a ELI RICHARDSON
§et al district court of the united states judge
§middle district of tennessee
§HEIRS AND ASSIGNS
§

yellen, janet louise d/b/a
JANET LOUISE YELLEN
secretary of the treasury et al.,
**United States Department of the Treasury**
HEIRS AND ASSIGNS

§ crenshaw jr, waverly d d/b/a WAVERLY D.
§ CRENSHAW JR. et al
§ district court of the united states
§ middle district of tennessee
§ HEIRS AND ASSIGNS
§

blinken, antony d/b/a
ANTONY BLINKEN
secretary of state et al.
**United States Department of State**
HEIRS AND ASSIGNS

§ binkley jr., joe d/b/a JOE BINKLEY JR
§davidson county, tennessee
§fifth circuit court judge
§ HEIRS AND ASSIGNS
§
    escobar, ana l d/b/a ANA L ESCOBAR
§ davidson county, tennessee general sessions
§ judge et al
§ HEIRS AND ASSIGNS

haaland, debra anne
DEBRA ANNE HAALAND
secretary of the interior et al.,
**Department of the Interior**
HEIRS AND ASSIGNS

§
§ day, joseph p d/b/a JOSEPH P. DAY
§ davidson county, tennessee circuit court
    clerk
§ HEIRS AND ASSIGNS

rettig, charles paul d/b/a

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

commissioner, et al.,
internal revenue
HEIRS AND ASSIGNS

§ lee, bill d/b/a BILL LEE
§ governor of Tennessee et al
§ HEIRS AND ASSIGNS
§

martin, donna d/b/a
DONNA MARTIN
provost marshal general et al.,
**United States Department of the Army**
HEIRS AND ASSIGNS

§pritzker, j.b. d/b/a J.B. PRITZKER
§governor of Illinois et al
§HEIRS AND ASSIGNS
§
§ewell jr., gerald d/b/a GERALD EWELL JR
§coffee county, tennessee general sessions
§judge et al

mayorkas, alejandro d/b/a
ALEJANDRO MAYORKAS
secretary of homeland security et al.,
**Department of Homeland Security**
HEIRS AND ASSIGNS

§HEIRS AND ASSIGNS
§
§salas, maria m d/b/a MARIA M.
§SALAS et al
davidson county, tennessee clerk and master
HEIRS AND ASSIGNS

§ perkins, russell t d/b/a RUSSELL T.
  PERKINS et al
§ davidson county, tennessee chancellor
§ HEIRS AND ASSIGNS

§ ross, heather c d/b/a HEATHER C. ROSS
  tennessee senior assistant attorney general et al
§ HEIRS AND ASSIGNS
§

dejoy, louis d/b/a
LOUIS DEJOY
postmaster general et al.,
**UNITED STATES POST OFFICE**
HEIRS AND ASSIGNS

§ skrmetti, jonathan d/b/a JONATHAN
§ SKRMETTI et al
§ tennessee attorney general
§HEIRS AND ASSIGNS
§
christiansen, nicholas c d/b/a NICHOLAS C.
§CHRISTIANSEN et al
§attorney at law hudson reed christiansen
§HEIRS AND ASSIGNS
§

biden, joseph robinette d/b/a JOSEPH ROBINETTE BIDEN
president of the United States for the district of columbia et al.,
Heirs and Assigns

guterres, antonio d/b/A ANTONIO GUTERRES
secretary-general of the united nations et al.,
Heirs and Assigns

bouldin, laws m d/b/a LAWS M. BOULDIN
attorney at law et al hudson reed christiansen
HEIRS AND ASSIGNS

huongbo, gilbert f. d/b/a GILBERT F. HUONGBO
ILO director-general et al.,
Heirs and Assigns

pendleton, j gabriel d/b/a J. GABRIEL
PENDLETON et al

dongyu, qu d/b/a QU DONGYU

metcalfe county, kentucky judge

Page **3**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

azoulay, audrey d/b/a AUDREY AZOULAY
UNESCO director-general et al.,
Heirs and Assigns

salazar, juan carlos d/b/a JUAN CARLOS SALAZAR
ICHO secretary-general et al.,
Heirs and Assigns

ghebreyesus, tedros adhanom d/b/a TEDROS ADHANOM GHEBREYESUS
WHO director-general et al.,
Heirs and Assigns

malpass, david r. d/b/a DAVID R. MALPASS
president of the world bank group et al.,
Heirs and Assigns

metoki, masahiko MASAHIKO METOKI
UPU director-general et al.,
Heirs and Assigns

georgieva, kristalina d/b/a KRISTALINA GEORGIEVA
IMF managing-director et al.,
Heirs and Assigns

hao, houlin d/b/a HOULIN ZHAO
ITU secretary-general et al.,
Heirs and Assigns

taalas, petteri d/b/a PETTERI TAALAS
WMO secretary-general et al.,
Heirs and Assigns

lim, kitack d/b/a KITACK LIM
IMO secretary-general et al.,
Heirs and Assigns

tang, daren d/b/a DAREN TANG
WIPO director-general et al.,
Heirs and Assigns

waly, ghada fathi d/b/a GHADA FATHI WALY
UNODC executive-director et al.,
Heirs and Assigns

beasley, david d/b/a DAVID BEASLEY
WFP executive-director et al.,
Heirs and Assigns

garrett, tommy d/b/a TOMMY GARRETT
et al metcalfe county, kentucky
circuit court clerk
HEIRS AND ASSIGNS

hargett, trey d/b/a TREY HARGETT
tennessee secretary of state et al
HEIRS AND ASSIGNS

tidwell, barry d/b/a BARRY TIDWELL
rutherford county, tennessee circuit
court judge et al
HEIRS AND ASSIGNS

scarlett, darell l d/b/a DARRELL L.
SCARLETT
rutherford county, tennessee circuit court
judge et al HEIRS AND ASSIGNS

white, jesse d/b/a JESSE WHITE
illinois secretary of state et al
HEIRS AND ASSIGNS

crowell, lisa duke d/b/a LISA
DUKE CROWELL et al
rutherford county, tennessee county clerk
HEIRS AND ASSIGNS

dawbarn, heather d/b/a HEATHER
DAWBARN et al
rutherford county, tennessee register
of deeds
HEIRS AND ASSIGNS

echols, robert l. d/b/a ROBERT L.
ECHOLS et al
district court of the united states
middle district of tennessee
HEIRS AND ASSIGNS

koshy, sunny am d/b/a SUNNY AM
KOSHY et al
assistant united states attorney
middle district of tennessee
HEIRS AND ASSIGNS

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

sharif, mainman arofu d/b/a MIAMIA NA PDM01HD
UN habitat executive-director et al.,
Heirs and Assigns

okonjo-iweala, ngozi d/b/a NGOZI OKONJO-IWEALA
WTO director-general et al.,
Heirs and Assigns

grossi, rafael mariano d/b/a RAFAEL MARIANO GROSSI
IAEA director-general et al.,
Heirs and Assigns

pololikashivili, zurab d/b/a ZURAB POLOLIKASHIVILI
UNWTO secretary-general et al.,
Heirs and Assigns

muller, gerd d/b/a GERD MULLER
UNIDO director-general et al.,
Heirs and Assigns

lario, Alvaro d/b/a ALVARO LARIO
IFAD president et al.,
Heirs and Assigns

russell, catherine m. d/b/a CATHERINE M. RUSSELL
UNICEF executive-director et al.,
Heirs and Assigns

kanem, natalia d/b/a NATALIA KANEM
UNFPA executive-director et al.,

Heirs and Assigns

vitorino, antonio d/b/a ANTONIO VITORINO
LOM director-general et al.,
Heirs and Assigns

bahous, sima sami d/b/a SIMA SAMI BOHOUS
UN WOMAN executive-director et al.,
Heirs and Assigns

grynspan, rebeca d/b/a REBECA GRYNSPAN
UNCTAD secretary-general et al.,
Heirs and Assigns

steiner, achim d/b/a ACHIM STEINER
UNDP administrator et al.,
Heirs and Assigns

anderson, inger d/b/a INGER ANDERSON
UNEP executive-director et al.

jernigan, matt d/b/a MATT JERNIGAN
et al chief executive officer Ascend
Federal Credit Union
HEIRS AND ASSIGNS

mcduffie, mary d/b/a MARY MCDUFFIE
et al chief executive officer
Navy Federal Credit Union
HEIRS AND ASSIGNS

gerregano, david d/b/a DAVID
GERREGANO et al tennessee
department of revenue commissioner
HEIRS AND ASSIGNS

richard r rooker d/b/a RICHARD
R ROOKER et al davidson county,
tennessee circuit court clerk
HEIRS AND ASSIGNS

kennedy, randy d/b/a RANDY
RANDY KENNEDY davidson
county, tennessee circuit court judge

rogers, william d/b/a WILLIAM
ROGERS et al chief executive officer
TRUIST BANK
HEIRS AND ASSIGNS

crudup, moneshia d/b/a MONESHIA
CRUDUP vice president TRUIST
BANK HEIRS AND ASSIGNS

purvis, austin d/b/a AUSTIN PURVIS
attorney at law baker donelson
HEIRS AND ASSIGNS

tom, robert d/b/a ROBERT TOM
attorney at law baker donelson
HEIRS AND ASSIGNS

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

grandi, filippo d/b/a FILIPPO GRANDI
UNHCR high commissioner et al.,
Heirs and Assigns

lazzarini, phillipe d/b/a PHILLIPE LAZZARINI
UNRWA commissioner general et al.,
Heirs and Assigns

schwab, klaus d/b/a KLAUS SCHWAB
executive chairman of the world economic forum et al.,
Heirs and Assigns

dimon, jamie d/b/a JAMIE DIMON
chairman of the board and chief executive officer of wall street et al.,
Heirs and Assigns

solomon, david m d/b/a DAVID M. SOLOMON
chief executive officer of wall street et al.,
Heirs and Assigns

blankfein, lloyd d/b/a LLOYD BLANKFEIN
chief executive officer of wall street et al.,
Heirs and Assigns

frerichs, michael d/b/a MICHAEL FRERICHS
illinois state treasurer et al
HEIRS AND ASSIGNS

fraser, jane d/b/a JANE FRASER
chief executive officer of wall street et al.,
Heirs and Assigns

lapinot, andrew d/b/a ANDREW LAPINOT
st. clair county, illinois treasurer et al
HEIRS AND ASSIGNS

latour, almar d/b/a ALMAR LATOUR
chief executive officer of wall street et al.,
Heirs and Assigns

lillard, david d/b/a DAVID LILLARD
tennessee state treasurer et al
HEIRS AND ASSIGNS

gorman, james p. d/b/a JAMES P. GORMAN
chief executive officer of wall street et al.,
Heirs and Assigns

batey, teb d/b/a TEB BATEY
rutherford county, tennessee trustee et al
HEIRS AND ASSIGNS

fink, larry d/b/a LARRY FINK
chief executive officer of wall street et al.,
Heirs and Assigns

wilson, justin p d/b/a JUSTIN P. WILSON
tennessee comptroller of the treasury et al
HEIRS AND ASSIGNS

pandit, vikram d/b/a VIKRAM PANDIT
chief executive officer of wall street et al.,
Heirs and Assigns

bratcher, john d/b/a JOHN BRATCHER
rutherford county, tennessee clerk and master
et al HEIRS AND ASSIGNS

mack, john j d/b/a JOHN J. MACK

hivner, james m d/b/a JAMES M. HIVNER

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

chief executive officer of wall street et al.,
Heirs and Assigns

fuld, richard s jr d/b/a RICHARD S. FULD JR
chief executive officer of wall street et al.,
Heirs and Assigns

akman, bill d/b/a BILL AKMAN
chief executive officer of wall street et al.,
Heirs and Assigns

moelis, ken d/b/a KEN MOELIS
chief executive officer of wall street et al.,
Heirs and Assigns

tilton, lynn d/b/a LYNN TILTON
chief executive officer of wall street et al.,
Heirs and Assigns

falcone, philip d/b/a PHILIP FALCONE
chief executive officer of wall street et al.,
Heirs and Assigns

mozilo, angelo d/b/a ANGELO MOZILO
chief executive officer of wall street et al.,
Heirs and Assigns

paulson, henry m. d/b/a HENRY M. PAULSON
chief executive officer of wall street et al.,
Heirs and Assigns

becerra, xavier d/b/a XAVIER BECERRA
secretary of us dept of health and human services et. al.,
Heirs and Assigns

malerba,lynn d/b/a LYNN MALERBA
treasurer of the United States
Heirs and Assigns

hsu, michael j. d/b/a MICHAEL J. HSU
united states comptroller of currency et al.,
Heirs and Assigns

powell, jerome h d/b/a JEROME H. POWELL

HEIRS AND ASSIGNS

jones, jennings d/b/a JENNING JONES
rutherford county, tennessee district
attorney general et al
HEIRS AND ASSIGNS

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

chair, of the board of governors of the federal reserve system et al.,
Heirs and Assigns

buttigieg, pete d/b/a PETE
BUTTIGIEG, et al
secretary of transportation
united states
HEIRS AND ASSIGNS

barr, michael s. d/b/a MICHAEL S. BARR
vice chair, for supervision of the board of governors of the federal reserve system et al.,
Heirs and Assigns

brainard, lael d/b/a LAEL BRAINARD,
vice chair, of the board of governors of the federal reserve system et al.,
Heirs and Assigns

smith, carlee d/b/a CARLEE SMITH
attorney at Law Ascend Federal Credit Union
et al Heirs and Assigns

bowman, michelle w. d/b/a MICHELLE W. BOWMAN
member, of the board of governors of the federal reserve system et al.,
Heirs and Assigns

gabriel, caren d/b/a CAREN GABRIEL
chief executive officer ascend federal credit union
et al Heirs and Assigns

cook, lisa d d/b/a LISA D. COOK
member, of the board of governors of the federal reserve system et al.,
Heirs and Assigns

anthony, jenny d/b/a JENNY ANTHONY
coffee county, tennessee clerk of court et al
Heirs And Assigns

jefferson, philip n d/b/a PHILIP N. JEFFERSON
member, of the board of governors of the federal reserve system et al.,
Heirs and Assigns

taylor, royce d/b/a ROYCE TAYLOR
rutherford county circuit court judge
et al HEIRS AND ASSIGNS

waller, christopher j. d/b/a CHRISTOPHER J. WALLER
member, of the board of governors of the federal reserve system et al.,
Heirs and Assigns

==================================================================

### *Claimant(s)/Libellant(s)*

johnson, andre lemaurio a Private People called Moor beneficiary Noble, a Emperor, Amuur, Consul,  a Master Mason
Merchant, Admiral, Piloter, Seaman, Mariner, Shereef, Consul, High Priest,  Ambassador at Large
AMUUR MATIYN ZAAKIR  EL TRUST
*in Propria Personam Sui Juris, majoris aetatis suae*
c/o 7115 Southpoint Parkway Suite 5-190
Brentwood, Tennessee Republic RFD
amuurmatiynzaakireltrust7@gmail.com
(615) 818-7348

### *libelee(s)*

mayorkas, alejandra d/b/a
ALEJANDRA MAYORKAS
secretary of homeland security et al.,
245 Murray Lane SW
Washington, District of Columbia Near.[20528]

blinken, antony d/b/a
ANTONY BLINKEN
secretary of state et al.,
2201 C Street, NW
Washington, District of Columbia Near.[20520]

saul, andrew d/b/a
ANDREW SAUL
commissioner of social security et al.,
6401 Security Blvd
Baltimore, Maryland Near.[20528]

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

haaland, debra d/b/a
DEBRA HAALAND
secretary of the interior et al.,
1849 C Street, NW
Washington, District of Columbia Near.[20240]

cooper, jim d/b/a JIM COOPER
5th congressional district united states
house of representatives et al
1536 Longworth hob
Washington, DC [20515]

blackburn, marsha d/b/a MARSHA
BLACKBURN et al
senator for the united states
357 Dirksen Senate Office Building
Washington, DC [20510]

rettig, charles d/b/a
CHARLES RETTIG
commissioner of internal revenue et al.,
1111 Constitution Avenue
Washington, District of Columbia Near.[20224]

dejoy, louis d/b/a
LOUIS DEJOY
postmaster general et al.,
475 L'Enfant Plaza SW
Washington, District of Columbia Near.[20260]

yellen, janet d/b/a
JANET YELLEN
secretary of the treasury et al.,
1500 Pennsylvania Ave, NW
Washington, District of Columbia Near.[20220]

garland, merrick d/b/a
MERRICK GARLAND
attorney general of the united states et al.,
950 Pennsylvania Ave, NW
Washington, District of Columbia Near.[20530]

hunt, debra d/b/a DEBRA HUNT
clerk of the court sixth circuit court of appeals of the
united states et al
HEIRS AND ASSIGNS

biden, joseph robinette d/b/a JOSEPH BIDEN
president of the United states for the district of columbia et al.,
1600 Pennsylvania Ave., NW
Washington, DC Near [20500]

## Parties

The claimant/suitor/libellant and "your orator" johnson, andre lemaurio," is a private People called Moor americas aboriginal illinoisan national, *in personam sui juris* a Noble, Amuur, consul, A Master Merchant, a Master Mason, a Shereef, an Admiral, a Seamen, Mariner, a Piloter, High Priest of Anu, A Maji, a Commander, Bonafide Owner Maritime lien holder of all vessels, ships, chattels, goods, cargo, convoys, crafts, tenements, charters, estates, commodities, merchandise Land, Air, Water etc, navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the united states of america in congress assembled and its several states(confederacy)"* ingressed in tennessee. the defendant Andre Lemaurio Johnson a registered organization name St. Clair county, Illinois is a decedent's legal estate ("Estate") State of Illinois Certificate of Birth #112-74-108499/112-19740108499 whose principal office is located at 10 Public Square, Belleville, Illinois in care of holbrook, thomas d/b/a THOMAS HOLBROOK st. clair county illinois clerk/recorder of deeds/privateer et al.

**Premises**

Page **9**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

The claimant/suitor/libellant's right to ownership TAKEN away by his angelic God the father at his birth, without being fully availed and acknowledged of his equitable maritime defenses. The claimant/suitor/libellant's has tendered all consideration on special deposit the sum of (1) one private lawful silver dollar currency of the *united states of america* **"equity will not complete an imperfect gift"** so I will never entertain the idea of paying any duties taxes, whatever Protected by 1796 Treaty of Tripoli Art V, X ; and been imputed a serious liability for the indemnity or satisfaction of all of the debts of the said Illinois registered organization decedent's legal estate person through letters of marque/reprisal. Your orator has been subjected to a colorable quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal Proceedings **"Acts of War"** by privateers of the united states for the district of columbia masquerading as Citizens of the united states of north america which are inconsistent with the private maritime treaty protections of the *Treaty of Marrakech 1787/1836 ARTICLE II, XXI,* the *Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis 1797 ARTICLE XVIII.,* and the *Treaty of Tunis 1824 ARTICLE XII.,* as well as, the *1789 constitution for the united states of america Art 1 section 8 clause 10 and clause 17,* under the rules of Chancery due and owing to the claimant/suitor/libellant by way of his **special and particular political status** and equitable maritime rights to the same said Estate, that were intended for your orator, as the sole exclusive heir and beneficiary, by maxims of equity *"only God can create an heir," "the heir and his ancestor are one and the same people,"* and *"Equity regards the beneficiary as the true owner."* Your orator appears *in personam only for assaults and beatings on the High Seas and elsewhere,* without an administrator, a personal representative, an executor, or a trustee to defend his equitable maritime rights, titles, and interests in the same said estate and must guard his good name, against the destruction of his reputation, and his admiralty and maritime rights to equal Justice being rendered on his behalf, which are protected by his privity as an heir to the maritime treaties and the written constitution, intended for him, by its makers as an equitable maritime mortgage/compact. Your Servitude would expect no less privity as co-heir to said mortgage/compact. Your orator calls a Court of Equal justice being rendered in the original admiralty and maritime jurisdiction by nature law of nations into activity by good conscience, good faith and by his own reasonable diligence. Your orator is in *personam sui juris,* now having knowledge of his maritime Treaty rights, with opportunity to assert them, he does not delay unreasonably so to do. *"Equity aids the vigilant, not those who slumber on their rights,"* and *"Equity imputes an intent to fulfill an obligation."*

Each named libelee/privateer/pirate was appointed "in fact" by oath/affirmation and qualified as either implied administrators, constructive or expressed fiduciaries, and at once entered upon the discharge of their duties as such. Your orator further, show unto your servitude as faithful servant that he has called upon each defendant/libelee to either Affirm or Deny the trust; to render a specific performance, by due particularity; to provide your orator with a full accounting of all accounts whether Open, Stated or Settled; to provide your orator a list of real, personal, and equitable maritime assets; to provide your orator with a list of all debts due to your orators estate during such time as he was deprived, as an incident to the right of redemption; to release any and all collateral, and return all remaining trust *res,* by *reconversion* of said "Account, to your orator, as a People called Moor *heir/beneficiary A Noble,* A Master Merchant, Amuur, consul, a Master Mason, a Shereef , a Admiral, a Seamen, Mariner, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, sea ports, ports of lading, convoys Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire;* and to extinguish all local tax, obligation, reprisal, remuneration, indemnification, or debts of said estate, if any. May it be through your faithful servitude as a good and faithful servant, the said defendant/libelee(s) have failed to answer, or make defense to the trust; after he had given reasonable time so to do; render to your orator, under oath, and make discovery any statement of account of their acting's and doings as administrators or fiduciaries aforesaid, to the very great harm, injury and loss of your orator. Your orator desires that the libelee(s) shall answer under oath, make the discovery called upon by the bill, and render over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator desires an order taking his bill for confession, the failure of the libelee(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. *Qui tacet, cum loqui detet, consentire videtur* (He who is silent, though he had foreseen them, seems to agree.)

*"No delay will prejudice a defrauded party as long as he was ignorant of the fraud; and, especially, if the defendant concealed the facts which it was his duty to disclose, or deceived the complainant by misstatements, or otherwise lulled his suspicions. The sleep of the complainant cannot be used as a defense by him who caused that sleep, for that would be to take advantage of his own wrong. (Henry R. Gibson §70 Latches)*

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

May it be through your faithful servitude as a good and faithful servitude and any other persons who may be confederating together at present and unto your orator unknown, whose names, when discovered, may be herein inserted, and they be made parties respondent hereto, for contriving to harm and oppress your orator in the admiralty and maritime premises. All of which acting's and doings, neglects and pretenses, and other conduct on the part of said defendants/libelee(s), are contrary to equity admiralty and maritime by nature law of nations and good conscience, and tend to manifest wrong, injury and oppression of your orator in the premises.

### Statement of Jurisdiction

This is a suit in original equal justice being rendered in the admiralty and maritime jurisdiction by nature law of nations arising within the *Treaty of 1787 Marrakech ARTICLE II, XXI.; 1781 Articles of Confederation Article VI, IX, XII, XIII ; 1789 constitution* for the united states of america in congress assembled, *ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3, Article 1 section 8 clause 10 and clause 17; the Judiciary Act of 1789 1 stat 73 §9,§11* and *§16, and §20,§22,§25,§26 , §30,§32;* and the *Treaty of Tunis 1824 ARTICLE XII.,* the rights of your orator, as a private People called Moor americas aboriginal illinoisan national A Emperor, an Amuur, Amuur, consul, A Noble, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, convoys, sea ports, ports of lading, Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire,* are of those classes which said maritime treaties, constitution, and act, either confers or has taken under their protection, without such obligation, your orator's rights are in jeopardy of being destroyed and slandered beyond repaired, where no adequate remedy for their enforcement is provided by the forms of letters of marque/reprisal proceedings of a purely colorable quasi-in rem admiralty and maritime legal nature. The same necessity invokes and justifies, in cases to which its remedies can be applied, that jurisdiction in equity in admiralty vested by said maritime treaties, constitution, and act, and which cannot be affected by the legislation of the emergency provisional congress by a committee of the states, the states, nor any agencies subject to the law of the district of columbia. This court has jurisdiction and the claimant/suitor/libellant *does hereby grant all subject matter admiralty and maritime jurisdiction to this district court of the united states for the eastern district of pennsylvania and hereby invoke, require, give a signal or pass to an Article III judge/chancellor/special master special term who is competent and impartial to handle this special cause de novo ex parte in this port of entry,* under the original equal justice being rendered in the admiralty and maritime jurisdiction by nature law of nations, and this court also have original and exclusive jurisdiction when it comes to matters *dealing with two or more states to all Cases affecting Ambassadors, other public ministers and Consuls;-to all Cases of admiralty and maritime Jurisdiction;-to Controversies to which the United States shall be a Party* conferred by *Treaty of 1787 Marrakech ARTICLE II, XXI.;* 1781 *Articles of Confederation Article VI, IX, XII, XIII ;* 1789 *constitution of the united states of america in congress assembled, ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3 and §3, Article 1 section 8 clause 10 and clause 17; the Judiciary Act of 1789 1 stat 73 §9.* and *§11* and *§16, §20,§22,§25,§26, §30,§32;;* and the *Treaty of Tunis 1824 ARTICLE XII.,* to the exclusion of all other quasi-in rem, colorable admiralty and maritime modes and letters of marque/reprisal **"Acts of War" proceedings**, to adjudge this matter. In tender of sufficient consideration whereof, and forasmuch as your orator is remediless in the premises at and by the direct and strict rules of the common law, and cannot have adequate relief save only in a Court of Equal justice being rendered in admiralty and maritime by nature, where equal Justice can be rendered and where matters of this and a similar nature are properly cognizable and restorable. *Citing Chancellor Henry R. Gibson. I convey to this cause the basis of the inherent exclusive equitable jurisdiction that your Honor shall dispense:*

### The Judiciary Act; September 24, 1789

SEC . 9. And be it further enacted, That the district courts shall have, exclusively of the courts of the several States, cognizance of all crimes and offences that shall be cognizable under the authority of the United States, committed within their respective districts, or upon the high seas; where no other punishment than whipping, not exceeding thirty stripes, a fine not exceeding one hundred dollars, or a term of imprisonment not exceeding six months, is to be inflicted; *and shall also have exclusive original cognizance of all civil causes of admiralty and maritime jurisdiction, including all seizures under laws of impost, navigation or trade of the United States, where the seizures are made, on waters which are navigable from the sea by vessels of ten or more tons burthen, within their respective districts as well as upon the high seas; saving to suitors, in all cases,* the right of a common law remedy, where the common law is competent to give it; *and shall also have exclusive original cognizance of all seizures on land, or other waters than as aforesaid, made, and of all suits for penalties and forfeitures incurred, under the laws of the United States. And shall also have cognizance, concurrent with the courts of the several*

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

And shall also have cognizance, concurrent as last mentioned, of all suits at common law where the United States sue, and the matter in dispute amounts, exclusive of costs, to the sum or value of one hundred dollars. And shall also have jurisdiction exclusively of the courts of the several States, of all suits against consuls or vice-consuls, except for offences above the description aforesaid. And the trial of issues in fact, in the district courts, in all causes except civil causes of admiralty and maritime jurisdiction, shall be by jury."*Equity Imputes an intent to fulfill an obligation*"

*SEC . 11.* And be it further enacted, That the circuit courts shall have original cognizance, concurrent with the courts of the several States, of all suits of a civil nature at common law or in equity, where the matter in dispute exceeds, exclusive of costs, the sum or value of five hundred dollars, and the United States are plaintiffs, or petitioners; or an alien is a party, or the suit is between a citizen of the State where the suit is brought, and a citizen of another State. And shall have exclusive cognizance of all crimes and offences cognizable under the authority of the United States, except where this act otherwise provides, or the laws of the United States shall otherwise direct, and concurrent jurisdiction with the district courts of the crimes and offences cognizable therein. But no person shall be arrested in one district for trial in another, in any civil action before a circuit or district court. And no civil suit shall be brought before either of said courts against an inhabitant of the United States, by any original process in any other district than that whereof he is an inhabitant, or in which he shall be found at the time of serving the writ, nor shall any district or circuit court have cognizance of any suit to recover the contents of any promissory note or other chose in action in favour of an assignee, unless a suit might have been prosecuted in such court to recover the said contents if no assignment had been made, except in cases of foreign bills of exchange. And the circuit courts shall also have appellate jurisdiction from the district courts under the regulations and restrictions herein after provided.

SEC . 19. And be it further enacted, That it shall be the duty of circuit courts, in causes in equity and of admiralty and maritime jurisdiction, to cause the facts on which they found their sentence or decree, fully to appear upon the record either from the pleadings and decree itself, or a state of the case agreed by the parties, or their counsel, or if they disagree by a stating of the case by the court.

Take notice of section 32 of The Judiciary Act; September 24, 1789, 1 Stat. 73. of your Trust Indenture Which states as follows: "And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe.

*SEC . 22. And be it further enacted, That final decrees and judgments in civil actions in a district court, where the matter in dispute exceeds the sum or value of fifty dollars, exclusive of costs, may be reexamined, and reversed or affirmed in a circuit court, holden in the same district, upon a writ of error, whereto shall be annexed and returned therewith at the day and place therein mentioned, an authenticated transcript of the record, an assignment of errors, and prayer for reversal, with a citation to the adverse party, signed by the judge of such district court, or a justice of the Supreme Court, the adverse party having at least twenty daysÂ' notice. And upon a like process, may final judgments and decrees in civil actions, and suits in equity in a circuit court, brought there by original process, or removed there from courts of the several States, or removed there by appeal from a district court where the matter in dispute exceeds the sum or value of two thousand dollars, exclusive of costs, be re-examined and reversed or affirmed in the Supreme Court, the citation being in such case signed by a judge of such circuit court, or justice of the Supreme Court, and the adverse party having at*

least thirty days *error in ruling any plea in abatement, other than a plea to the jurisdiction of the court, or such plea to a petition or bill in equity, as is in the nature of a demurrer, or for any error in fact. And writs of error shall not be brought but within five years after rendering or passing the judgment or decree complained of, or in case the person entitled to such writ of error be an infant, feme covert, non compos mentis, or imprisoned, then within five years as aforesaid, exclusive of the time of such disability. And every justice or judge signing a citation on any writ of error as aforesaid, shall take good and sufficient security, that the plaintiff in error shall prosecute his writ to effect, and answer all damages and costs if he fail to make his plea good.*

SEC . 33. And be it further enacted, That for any crime or offence against the United States, the offender may, by any justice or judge of the United States, or by any justice of the peace, or other magistrate of any of the United States where he may be found agreeably to the usual mode of process against offenders in such state, and at the expense of the United States, be arrested, and imprisoned or bailed, as the case may be, for trial before such court of the United States as by this act has cognizance of the offence. And copies of the process shall be returned as speedily as may be into the clerkÂ's office of such court, together with the recognizances of the witnesses for their appearance to testify in the case; which recognizances the magistrate before whom the examination shall be, may require on pain of imprisonment. And if such commitment of the offender, or the witnesses shall be in a district other than that in which the offence is to be tried, it shall be the duty of the judge of that district where the delinquent is imprisoned, seasonably to issue, and of the marshal of the same district to execute, a warrant for the removal of the offender, and the witnesses, or either of them, as the case may be, to the district in which the trial is to be had. And upon all arrests in criminal cases, bail shall be admitted, except where the punishment may be death, in which cases it shall not be admitted but by the supreme or a circuit court, or by a justice of the supreme court, or a judge of a district court, who shall exercise their discretion therein, regarding the nature and circumstances of the offence, and of the evidence, and the usages of law. And if a person committed by a justice of the supreme or a judge of a district court for an offence not punishable with death, shall afterwards procure bail, and there be no judge of the United States in the district to take the same, it may be taken by any judge of the supreme or superior court of law of such state.

SEC . 24. And be it further enacted, That when a judgment or decree shall be reversed in a circuit court, such court shall proceed to render such judgment or pass such decree as the district court should have rendered or passed; and the Supreme Court shall do the same on reversals therein, except where the reversal is in favour of the plaintiff, or petitioner in the original suit, and the damages to be assessed, or matter to be decreed, are uncertain, in which case they shall remand the cause for a final decision. And the Supreme Court shall not issue execution in causes that are removed before them by writs of error, but shall send a special mandate to the circuit court to award execution thereupon.reasons as aforesaid of their being taken, and of the notice if any given to the adverse party, be by him the said magistrate sealed up and directed to such court, and remain under his seal until opened in court. And any person may be compelled to appear and depose as aforesaid in the same manner as to appear and testify in court. And in the trial of any cause of admiralty or maritime jurisdiction in a district court, the decree in which may be appealed from, if either party shall suggest to and satisfy the court that probably it will not be in his power to produce the witnesses there testifying before the circuit court should an appeal be had, and shall move that their testimony be taken down in writing, it shall be so done by the clerk of the court. And if an appeal be had, such testimony may be used on the trial of the same, if it shall appear to the satisfaction of the court which shall try the appeal, that the witnesses are then dead or gone out of the United States, or to a greater distance than as aforesaid from the place where the court is sitting, or that by reason of age, sickness, bodily infirmity or imprisonment, they are unable to travel and

appear at court, but not otherwise. And unless the same shall be made to appear on the trial of any cause, with respect to witnesses whose depositions may have been taken therein, such depositions shall not be admitted or used in the cause. Provided, That nothing herein shall be construed to prevent any court of the United States from granting a dedimus potestatem to take depositions according to common usage, when it may be necessary to prevent a failure or delay of justice, which power they shall severally possess, nor to extend to depositions taken in perpetuam rei memoriam, which if they relate to matters that may be cognizable in any court of the United States, a circuit court on application thereto made as a court of equity, may, according to the usages in chancery direct to be taken.

SEC . 30. And be it further enacted, That the mode of proof by oral testimony and examination of witnesses in open court shall be the same in all the courts of the United States, as well in the trial of causes in equity and of admiralty and maritime jurisdiction, as of actions at common law. And when the testimony of any person shall be necessary in any civil cause depending in any district in any court of the United States, who shall live at a greater distance from the place of trial than one hundred miles, or is bound on a voyage to sea, or is about to go out of the United States, or out of such district, and to a greater distance from the place of trial than as aforesaid, before the time of trial, or is ancient or very infirm, the deposition of such person may be taken de bene esse before any justice or judge of any of the courts of the United States, or before any chancellor, justice or judge of a supreme or superior court, mayor or chief magistrate of a city, or judge of a county court or court of common pleas of any of the United States, not being of counsel or attorney to either of the parties, or interested in the event of the cause, provided that a notification from the magistrate before whom the deposition is to be taken to the adverse party, to be present at the taking of the same, and to put interrogatories, if he think fit, be first made out and served on the adverse party or his attorney as either may be nearest, if either is within one hundred miles of the place of such caption, allowing time for their attendance after notified, not less than at the rate of one day, Sundays exclusive, for every twenty miles travel. And in causes of admiralty and maritime jurisdiction, or other cases of seizure when a libel shall be filed, in which an adverse party is not named, and depositions of persons circumstanced as aforesaid shall be taken before a claim be put in, the like notification as aforesaid shall be given to the person having the agency or possession of the property libelled at the time of the capture or seizure of the same, if known to the libellant. And every person deposing as aforesaid shall be carefully examined and cautioned, and sworn or affirmed to testify the whole truth, and shall subscribe the testimony by him or her given after the same shall be reduced to writing, which shall be done only by the magistrate taking the deposition, or by the deponent in his presence. And the depositions so taken shall be retained by such magistrate until he deliver the same with his own hand into the court for which they are taken, or shall , together with a certificate of the reasons as aforesaid of their being taken, and of the notice if any given to the adverse party, be by him the said magistrate sealed up and directed to such court, and remain under his seal until opened in court. And any person may be compelled to appear and depose as aforesaid in the same manner as to appear and testify in court. And in the trial of any cause of admiralty or maritime jurisdiction in a district court, the decree in which may be appealed from, if either party shall suggest to and satisfy the court that probably it will not be in his power to produce the witnesses there testifying before the circuit court should an appeal be had, and shall move that their testimony be taken down in writing, it shall be so done by the clerk of the court. And if an appeal be had, such testimony may be used on the trial of the same, if it shall appear to the satisfaction of the court which shall try the appeal, that the witnesses are then dead or gone out of the United States, or to a greater distance than as aforesaid from the place where the court is sitting, or that by reason of age, sickness, bodily infirmity or imprisonment, they are unable to travel and appear at court, but not otherwise. And unless the same shall be made to appear on the trial of any cause, with respect to witnesses whose depositions may have been taken therein, such depositions shall not be admitted or used in the cause. Provided, That nothing herein shall be construed to prevent any court of the United States

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

*to prevent a failure or delay of justice, which power they shall severally possess, nor to extend to depositions taken in perpetuam rei memoriam, which if they relate to matters that may be cognizable in any court of the United States, a circuit court on application thereto made as a court of equity, may, according to the usages in chancery direct to be taken.*

### Statement of the Cause

The primary subject matter at issue in your orator's speciali causa (special cause) as a private People called Moor, americas aboriginal illinoisan national, and Subject of the Al Maroc Shereefian Empire, "*but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the united states of america in congress assembled and its several states(confederacy)*." Your orator's core private rights (privatum) have been and will continue to be destroyed by People bound by oath to be Persons worthy of Trust who are Privateers/Pirates masquerading as Citizens of the united states of north america, who have, by presumptions and a form of paper genocide, attempted to denationalize or naturalize and confederating against claimant in a very *unbecoming* hostile and belligerent manner by imposing statutes codes, ordinances and other colorable instrumentalities and titles, by listing me as a human, a negro, black, white, colored, a person, (the word "person," as defined by the Code of the District of Columbia, shall apply to partnerships and corporations), a person of color, ethnic, indigenous, an Indian, a native American, African, African-American, a Latino, a Hispanic, Moorish, a Moorish American, associated with any Moorish Science Temple of America (MSTA), or Moorish Nation, a Black Identity Extremist, a sovereign-citizen, a national of a designated enemy country, a resident of any of the united states for the district of columbia, resident of any of the united states of america in congress assembled, relegating claimant/suitor/libellant to being legally incapacitated, and as a perpetual minor, if not "dead" in the law captured condemned vessels and vassels lost at sea, reduced to a political and economic status without rights, left with only benefits and privileges, incapable of taking up my own maritime rights and handling my own affairs as was intended by my ancestors. Nowhere in the constitution, maritime treaties or laws of the united states of america in congress assembled, nor the Code of the District of Columbia are any People bound by oath to be Persons worthy of Trust, subject to the public faith, granted the authority through acts of war through assault and beatings on the High Seas and elsewhere to change claimant/suitor/libellant from being a private People called Moor and Subject of the Al Maroc Shereefian Empire without his consent, volition, act and deed. It is not only not true in law or in fact, in principle or in practice, that any People bound by oath to be Persons worthy of Trust, or instrumentality created by the Trust of the People, such as the treaties or the constitutions.shall confer upon the private people called Moors any colorable quasi in rem admiralty and maritime titles or reduced political and economic status without maritime rights by nature. Said fiduciary/defendant(s)/libelee(s)/privateers have subjected the claimant/suitor/libellant to such treatment by statutes, codes, ordinance, prohibitions, rules, regulations and other colorable admiralty and maritime instrumentalities, to alter his special and particular political status. Libellant's core private maritime rights have been and will continue to be destroyed in libel beyond repair by presumptions as a form of paper genocide by letters of marque/reprisal.It has been in fact expressed by maritime treaty and the general laws and acts of congress of many of the several states since as early as 1845 that a private Moor is excepted from said statutes, codes, ordinance, prohibitions. I contend that it would be contrary, to Equity in admiralty and maritime by nature law of nations, good conscience and good reason, and the various maritime/mercantile treaties of the Al Maroc Shereefian Empire, and is repugnant to the constitution, maritime treaties and laws of the united states of america in congress assembled, to mistakenly sacrifice my right to self determination as a private People called Moor, americas aboriginal illinoisan national A Noble, A Emperor, Amuur, consul, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, merchandise, convoys, sea ports, ports of lading Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the Al Maroc Shereeflan Empire, my name, my family ties, my hereditary culture, and my inheritance.. I am a people called Moor. *"Equity aids the vigilant, not those who slumber on their rights"*

*FIFTY-SIXTH CONGRESS. SEss. II . CHs. 853,85-1. 1901.*

### LAWS REMAINING IN FORCE.

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

*hundred and one, **the principles of equity and admiralty, all general acts of Congress** not locally inapplicable in the District of Columbia, and all acts of Congress by their terms applicable to the District of Columbia and to other places under the jurisdiction of the United States, in force at the date of the passage of this act shall remain in force except in so far as the same are inconsistent with, or are replaced by, some provision of this code .*

## Statement of the Cause

The primary subject matter at issue in your orator's speciali causa (special cause) as a private People called Moor americas aboriginal new illinoisan national A Noble, A Emperor, Amuur, consul, Amuur, consul, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the united states of america in congress assembled and its several states(confederacy),"* your orator's special and particular status is uncontroverted. It "cannot" be altered by any of the several states and its navigation of waters and ships, *the united states for the district of columbia its waters, vessels or ships*, or *the united states of america in congress assembled* maritime contracts or statutes waters vessels and ships, be it expressed or implied, public or private; and therefore my special and particular status as a private Moor Subject "cannot" been reduced to an inferior grade of volunteer surety "U.S. citizenship" status by any man, state, or colorable quasi-in rem admiralty and maritime instrumentality. Your orator's substantive core private equitable maritime rights to **"substantive due process of war"** and equal Justice being rendered in the admiralty and maritime by nature law of nations cannot be seen by a court of colorable admiralty and maritime letters of marque/reprisal "Acts of War "proceeding under any mode other than the original equal justice being rendered in admiralty and maritime jurisdiction by nature, as are all at law courts today whether state or federal, as a result of section 17 of the Trading with the Enemy Act of October 6, 1917, which was made applicable to "persons within the United States," by way of said Emergency Banking Relief Act of 1933 without violation thereof; which in such case your orator is, by legal compulsion, subjected to the laws of the *united states of america in congress assembled*, or *the united states for the district of columbia,* which are inconsistent with and repugnant to our reciprocal maritime treaties and therefore he cannot be "commingled" with any public U.S. citizens or nationals/allies of a designated enemy country as defined in and subject to your Emergency Banking Relief Act of March 9, 1933. Due to said exigent circumstances your orator is without adequate, complete, and certain remedy at law admiralty and maritime by characteristic, sufficient to meet all the demands of Justice owed and due to me by virtue of my private status as an **"ipso jure"** Moor Subject of the *Al Maroc Shereefian Empire*. Your orator requires that this court and its People bound by oath to be Persons Worthy of Trust issue a private declaratory decree acknowledging that your orator is, "in fact," a private People called Moor, americas aboriginal illinoisan national A Noble, A Emperor, Amuur, Consul, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the united states of america in congress assembled and its several states(confederacy)"* and that he shall be treated as friendly, amicus curiae, and respected and esteemed as that of the **most favored Nation**. *"Equity aids the vigilant, not those who slumber on their rights."*

## Statement of the Cause

Your orator's special cause is for the termination of any guardian/ward condemned vessel relation; making any presumed administration of my estate absolute void; have decedent's legal estate restored to your orator as the sole exclusive heir and beneficiary of said decedent's legal estate person; and I demand restoration and exoneration from all liabilities of the defendant Andre Lemaurio Johnson a registered organization name trust vessel in St. Clair county, Illinois is a decedent's legal estate ("Estate"). The decedent's legal estate is a derivative of the sacred trust vessel that was granted to your orator by his mother and father as grantor(s). It was intended for me as grantee absolute and sole beneficiary of the body main vessel, ship, the name, and the sum of all their attachments, including, but not limited to, all interest, lands, assets, rents, credits emitted, monies borrowed, leases, derivatives, profits, proceeds, reserves, stores, and titles thereof for his private enjoyment, use, possession, and benefit.

Page 16

Your orator has acknowledged and that man Demostrenal intended for your orator's equitable maritime claims are uncontroverted. Your orator is beneficial owner and Captain of the Estate (vessel), and all property attachments including, but not limited to, lands, houses, goods and chattels, rights and credits, his person, and his wives and minor offspring, and his right to work, and to sell and acquire property, and engage in any lawful business, and his and their reputation, health and capacity to labor, and his and their right to enjoy the senses of sight, smell, hearing and taste, and his and their right of speech and locomotion, and his and their right to enjoy their sense of moral propriety when normal, to live by his labor and property, and cannot be presumed to have parted with even any one of them without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of the your orator, he should pay or account therefore, unless he can prove it was a gift by your orator; your orator is interested in the settlement, and has been aggrieved by errors, omissions and false credits therein; and that a just and equitable maritime settlement will benefit him. Your orator's substantive maritime equitable rights to own property and to *"substantive due process of war"* and equal Justice being rendered in admiralty and maritime by nature jurisdiction are not cognizable at law quasi in rem admiralty and maritime by characteristic, much less at martial **"Non-Substantive due process of War"** and rely exclusively on the recognition and enforcement of purely equitable maritime rights by nature.

Your orator states that due to said exigent circumstances he is without adequate, complete, and certain remedy at law colorable admiralty and maritime jurisdictions, sufficient to meet all the demands of Justice, owed and due to him, by virtue of his private status as a private people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that without complete justice being administered by this High court, your orator may be subjected to further unjust and irreparable harm and destruction of his maritime treaty protected rights and property by libelee(s) in libel beyond repair. *"Equity abhors a forfeiture."*

**Statement of the Cause**

The primary subject matter issue of the claimant's speciali causa (special cause) is for the full restoration against all liability of the Estate as the surety or secondarily liable imposed upon him in all legal colorable admiralty and maritime proceedings in a general military character, and in a particular "State" **acts of war** letters of marque reprisal legal proceeding styled as "IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE CAUSE Number 3:02-CR-00121, 3:21-cv-00097, 3:21-cv-00098, 3:21-cv-00431, 3:21-cv-00750, 3;22-cv-00174, 3:22-cv-00392, UNITED STATES OF AMERICA VS. ANDRE JOHNSON" "STATE OF TENNESSEE VS. ANDRE JOHNSON" 75 ch1-2002-cv-857, 75-gs-1997-cv-33682, 75gs1-199-cv-48257, 75-cc1-1995-cr-35048, 75cc1-1995cr-35551, 75cc1-1995-cr-35607, 75cc1-1996-cr-39065, 75cc1-1996-cr-39189, 75cc-1997-cr-3770, 75cc1-1994-cr-14670, 75cc1-1994-cr-14671, 75gs1-2001-cr-632431, 75gs1-2001-cr-632430, 75gs1-2001-cr-632518, 75gs1-2001-cr-632519, 75gs1-2001-cr-632660, 75gs1-2001-cr-632661, 75gs1-2001-cr-632662, 75gs1-2001-cr-632663, 75gs1-2001-cr-632664, 75gs1-2001-cr-632665, 75gs1-75gs1-2001-cr-632731, 75gs1-2001-cr-632742, 75gs1-20012003-cr-649982, 75gs1-2001-cr-632295, 75gs1-1999-cr-600629, 75gs1-1996-cr-567509, 75gs1-1994-cr-547205, 75gs1-1994-cr-547204, 75gs1-1994-cr-543995, 75gs1-2002-cr-641146, 75gs1-2001-cr-632483, 75gs1-2001-cr-632482, 75gs1-2001-cr-632481, 75gs1-2001-cr-632480, 75gs1-199-cr-599633, 75gs1-1997-cr-571853, 75gs1-1997-571852, 75gs1-1996-cr-565624, 75gs1-1996-cr-563068, 75gs1-1996-cr-563067, 75gs1-1995-cr-552515, 75gs1-1995-cr-552514, 75gs1-1995-cr-549657, 75gs1-1995-cr-549656, 75gs1-1995-cr-549655, 75gs1-1995-cr-549654, 75gs1-1995-549653, 75gs1-1994-cr-541553, 41036, 43628, 48396, F-33485, M-34034, M-34083, S05-17-95-1597, S01-17-96-3202, F-38201, M-32331, 54034, 54035, S06-23-96-3255, 73971, 73972, M-38105, 78126, 147186, M-40106, 112474, 113976, 155811, SID#TN695375, Tomis#249702, TNDL078777095, FBI # 564327XA9, Pacts14370, USM#17871-075, 17871075, "DAVIDSON COUNTY, TENNESSEE CIRCUIT COURT" "22c-846" "DAVIDSON COUNTY, TENNESSEE CHANCERY COURT" 22-1142-IV, DAVIDSON COUNTY, TENNESSEE GENERAL SESSIONS COURT" 23OP2525, DAVIDSON COUNTY, TENNESSEE PROBATE COURT 19P2014, M-2019-02185-COA-3-CV, SUPREME COURT OF TENNESSEE M2023-00196-SC-R-11-CV, M2023-00160-SC-UNK-CV, "RUTHERFORD COUNTY, TENNESSEE CIRCUIT COURT" 77541 "RUTHERFORD COUNTY, TENNESSEE GENERAL SESSIONS COURT" COFFEE COUNTY, TENNESSEE CIRCUIT COURT" "COFFEE COUNTY, TENNESSEE GENERAL SESSIONS""16-GS-22-cv-954", METCALFE COUNTY, KENTUCKY 22-T-00403", "IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA", UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT" UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT", INFERIOR COURTS, namely ,JUSTICES OF THE PEACE and the POLICE COURT, SUPERIOR COURTS, namely the SUPREME COURT OF THE DISTRICT OF COLUMBIA (*federal rules of civil procedures and federal rules of Appellate procedures*) *These rules do not*

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

*apply to prize pr* Case 1:23-cv-00854 *which* are "In Fact" legal fictions and has no Document 1 Filed 12/26/23 Page 18 of 43 **Substantive due process of war"** and
demonstrably erroneous an **"Oxymoron", "unmoored" and Farcical** Your orator draws into question the validity of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial in character. A conflict arises under the interpretation of works, doctrines, ideas, principles of, or any authority exercised, inconsistent with and repugnant to any maritime treaties made or that shall be made by the *united states in congress assembled*, or the powers granted to the Committee of States, in the *Articles of Confederation*, while in the recess of congress, a conflict and variance arises. "*Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail.*" Your orator's core private rights are not cognizable at law, or the colorable quasi in rem admiralty and maritime legal legislative letters of marque/reprisal proceedings in the courts of the several states; nor the modern merged reformed legal system, in which only the procedural distinctions between the courts of law and equity were merged, albeit, the jurisdictions are wholly unaffected and my private **"substantive due process of war rights"** are in direct inherent conflict with the concurrent jurisdiction created by the *Judicature Act of 1873*. Furthermore, my conflict with the reformed procedure is that the intent and purpose of the ancient separation into an exclusive equal justice being rendered in admiralty and maritime jurisdiction by nature law of nations is no longer furnished and is in direct conflict with the reformed procedure. the claimant's core private natural maritime rights are in jeopardy of being destroyed by libelee(s) in libel; are of those classes, which the maritime treaties either confer or are taken under its protection, and no adequate remedy for their enforcement is provided by the forms, proceedings, and modes purely legal. The claimant is without speedy, nor adequate and complete remedy at law colorable admiralty and therefore there arises a conflict of the rule of law over the same subject matter, the registered organization name Andre Lemaurio Johnson trust vessel, in relation to the claimant/, as a **"ipso jure"** Moor Subject. It is **only under legal compulsion** that the claimant/suitor/libellant is subjected to any jurisdiction other than the exclusive equity in the admiralty and maritime jurisdiction by nature law of nations. vested in the *Articles of Confederation ARTICLE XII*; *Treaty of 1787 Marrakech ARTICLE II, XXI*; *1789 constitution of the united states of america in congress assembled, ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3 and §3, Article 1 section 8 clause 10 and clause 17* ; the *Judiciary Act of 1789 1 stat 73 §9.* and *§11 and §16, §20,§22,§25,§26, §30,§32;* and the *Treaty of Tunis 1824 ARTICLE XII.* and cannot be affected by the emergency enactments of legislation. due to the said conflict, the inherent law, equitable maritime principles and doctrines such as matters of subrogation, substitution, and exoneration and other equitable maritime defenses from said colorable admiralty letters of marque proceeding legal in nature, in the courts of several states.

### Franco-Al Maroc Shereefian Empire Protectorate Treaty signed at Fez March 30, 1912

*This Provision probably has in view the carrying out of that part of Article 60 of the Algeciras act which stipulates that" before authorizing the execution of deeds transferring property the Cadi will have to satisfy himself of the validity of the Title in conformity to the Mohammedan Law" The department is, however, advised that the records of land titles in Al Maroc are very incomplete, and that this provision of the regulations may be used to delay indefinitely transfers of property in which the Moorish Government has in "Fact" no legal or equitable rights.* **"He who comes into equity must come with clean hands"**

### Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against/libelee(s)/privateers seeking equitable maritime restoration and remedy from the burden caused by (i) trespass upon your orators inherent natural rights to equal Justice being rendered towards him in admiralty/maritime by nature concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s)/libelee(s) (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the claimant/suitor/libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable **"non-substantive due process of war"** quasi in rem admiralty and maritime military legal letters of marque/reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a private People called Moor A Noble, A Emperor, Amuur, consul, Amuur, consul, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a

Page 18

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered in admiralty and maritime jurisdiction by this district court, your orator may be subject to unjust and irreparable harm and destruction in contravention of his maritime treaty protected rights and property.

### Statement of the Cause

The primary subject matter issue of the claimant's speciali causa (special cause) is for the complete restoration against the destruction of rights in libel born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable maritime treatment, excluding any form of casuistry. Your orator, while a minor, became entitled to a large that has all be administered and sustained, in open, stated, or settled accounts where by reason of some mistake, or omission, or accident, or undue advantage, the account is vitiated, and the balance incorrectly fixed; where by reason of some fiduciary relation of trust or confidence between the defendant(s)libelee(s)/privateers and the claimant/suitor/libellant, where the claimant was at a disadvantage, and as a consequence the account is inequitable. The claimant equitable maritime cause is a complex accounting, and he is without full facts of the maritime assets of the trust and relies exclusively on the mode of compelling the defendant/trustee(s)libelee(s) to make disclosure and therefore a discovery by suit in equity and admiralty by nature is indispensable. The claimant/suitor/libellant has business dealings, involving many items, in consequence of relations of trust, or confidence, the defendant(s)/libelee(s)privateers have handled the estate of the claimant; or done business for him. The complainant is the beneficial party entitled to a settlement and desires a bill for an accounting for the funds or other property in which the claimant/suitor/libellant has an interest, and to pay over whatever may be due or belong to him. *"A good and faithful servant shall make a full accounting, to the owner, of the talents he was granted."*

The claimant/suitor/libellant has through his inherent power of appointment, appointed each defendant/libelee(s)privateers, having transferred, on special deposit, valuable and sufficient consideration, for the fiduciary appointment, as well as, fully granting, conveying, and delivering legal title in the form of a Deed of Conveyance to each defendant/libelee(s). To be held in private by said defendant(s)/libelee(s)privateers for the private enjoyment, use, possession, and benefit of the claimant. Each defendant/libelee(s)/privateers was noticed of the claimant's, manifest intent, purpose, to execute actual and constructive grant and conveyance on the special deposit the trust res to demand for specific performance, **by** due particularity, to produce a full accounting, list of all real, personal, and equitable maritime assets or other property in which the claimant has an interest; to pay over whatever may be due or belong to him, or the balance due claimant on a fair accounting; release any and all collateral and return all remaining trust *res,* concerning said debts due to my estate; and release any and all collateral, and return all remaining trust *res,* by *reconversion.* Your orator, as the beneficial party entitled, in consequence of such relations various sums of money or other property of the claimant went, or should have gone, into the possession, or under the control, of the defendant/libelee(s)/privateers, giving items, dates, values, and circumstances. The defendant/libelee(s)/privateers has neither Affirmed or Denied the fiduciary relation, or rendered an account of such money and property and the profits thereof; or, if he did render any, that it was imperfect and incorrect, balance due claimant on a fair accounting; that claimant refused to accept it in any respect, and so notified the defendant/libelee/privateer; Your orator requires for an account to be taken by the Clerk and Master and for a decree for the amount found due. If the defendant/suitor/libellant has any sureties bound for his good conduct, they should be made defendant(s)/libelee(s)/privateers, and their suretyship alleged in the body of the bill be equitably maritime/admiralty attached. *"One who seeks equity must do equity."*

### Statement of the Cause

The primary subject matter issue of the claimant's/ libellant's speciali causa (special cause) is for the full restoration against the destruction of maritime rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including maritime/mercantile treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. johnson, andre lemaurio, an infant, core private rights were MISTAKENLY sacrificed by his mother and father at his birth, without him being fully availed and acknowledged of his equitable Maritime defenses. johnson, andre lemaurio as an "implied" surety, has been imputed a serious liability for the indemnity or satisfaction of the debts of the said Illinois registered organization trust vessel, ANDRE

Page 19

subjected to a Legal mode of colorable admiralty maritime letters of Marque/Reprisal Proceedings without the private treaty protections of the Treaty of Marrakech 1787 ARTICLE II, XXI, the Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis 1797 ARTICLE XVIII., and the Treaty of Tunis 1824 ARTICLE XII., as well as, the *1789 constitution of the united states of america in congress assembled, ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3 and §3, Article 1 section 8 clause 10 and clause 17,* under the rules of Chancery which he is are entitled to, by way of his special and particular political status and equitable maritime Treaty rights to the same said Estate as the sole exclusive heir and beneficiary, by maxims "only God can create an heir," "the heir and his ancestor are one and the same people," and "Equity regards the beneficiary as the true owner." I walk in the shoes of my ancestors, and as heir and beneficiary. I am the father, parens patriae, and next friend, for johnson, andre lemaurio, Moor beneficiary of the registered organization names ANDRECIA LEMAURIE BEASLEY and DEANDRE LATERRIO JOHNSON. I gave him her/his name and vessel. I redeem her/him and have a just right to claim her/him (propria vigore) on my own authority, she/he is mine. she/he is born through promise. she/he is a child of the Most-High. This bill is filed for his benefit and all my known/unknown heir/beneficiaries that have an interest under the decree. I am clothed with proprietary rights over johnson, andre lemaurio registered organization names ANDRECIA LEMAURIE BEASLEY and DEANDRE LATERRIO JOHNSON. I DECLARE, I am his Moor Father grantee/grantor/guardian, for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessels/vassals offsprings through my seaman is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles (Gal 4) (Treaty of Tunis 1797 ARTICLE II, III, V, XX..)

I am clothed with proprietary rights over johnson, andre lemaurio registered organization names ANDRECIA LEMAURIE BEASLEY and DEANDRE LATERRIO JOHNSON. I DECLARE, I am her/his Moor grantee/grantor/guardian/father/seaman, for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessels/vassals/offsprings through my seaman is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles (Gal 4) (Treaty of Tunis 1797 ARTICLE II, III, V, XX..)

If anyone DENIES, I DEMAND they:

Show "good" cause why I "do not" hold superior equitable maritime or legal title to beasley, andrecia lemaurie johnson, deandre laterrio beneficiary of the registered organization names ANDRECIA LEMAURIE BEASLEY, and DEANDRE LATERRIO JOHNSON vessels, and that it's "not" a sacred trust.

- Show "good" cause why any presumed administration of johnson, andre lemaurio, beneficiary of the registered organization names ANDRECIA LEMAURIE BEASLEY and DEANDRE LATERRIO JOHNSON estate is "not" absolute void, and as a private people called Moor grantee/grantor/beneficiary/guardian, I am "not" entitled, by due particularity, a full accounting list of real, personal, and equitable maritime assets and debts due to his estate.

- Show "good" cause why I "cannot" have beasley, andrecia lemaurie, johnson, deandre laterrio beneficiary of the registered organization names ANDRECIA LEMAURIE BEASLEY and DEANDRE LATERRIO JOHNSON estate be restored to me, and why I "cannot" recover the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to him.

**Statement of the Cause**

The primary subject matter issue of the claimant's speciali causa (special cause) is for the full restoration against the destruction of rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which she has relied for fair dealing, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. beasley, andrecia lemaurie, johnson, deandre laterrio an infant, core private rights was NOT MISTAKENLY sacrificed by her/his mother and father at her/his birth, without her/him being fully availed and acknowledged of her equitable defenses. beasley, andrecia lemaurie johnson, deandre laterrio as an "implied" maritime surety, has been imputed a serious liability for her father being denied the ability to self determine identity of her said race/nationality

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

indemnity or satisfaction of the debts without previously being bound in writing of the said Tennessee registered organizations, ANDRECIA LEMAURIE BEASLEY AND DEANDRE LATERRIO JOHNSON decedent's legal estate person. Mooress/Moor grantee, cestui que heir has been subjected to a Legal mode of Reprisal Proceedings though colorable admiralty and maritime jurisdiction without the private treaty protections of the Treaty of Marrakech 1787 ARTICLE XXI., the Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis 1797 ARTICLE XVIII., and the Treaty of Tunis 1824 ARTICLE XII., as well as, the *1789 constitution* of the united states of america in congress assembled, *ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3 Article 1 section 8 clause 10 and clause 17*, under the rules of Chancery which he is entitled to, by way of his special and particular political status and equitable maritime treaty rights to the same said Estate as the sole exclusive heir and beneficiary, by maxims "only God can create an heir," "the heir and his ancestor are one and the same person," and "Equity regards the beneficiary as the true owner." I walk in the shoes of my ancestors, and as heir and beneficiary. I am the father, parens patriae, and next friend, for beasley, andrecia lemaurie, and johnson, deandre laterrio beneficiary of the registered organization trust vessel named ANDRECIA LEMAURIE BEASLEY and DEANDRE LATERRIO JOHNSON I gave that name to her/him. I redeem her/him and have a just right to claim her/him (propria vigore) on my own authority, she is mine. She is born through promise. She is a child of the Most-High. This bill is filed for her/his benefit and all my known/unknown heir/beneficiaries that have an interest under the decree. I am clothed with proprietary rights over the registered organization names. I DECLARE, I am her/his Moor grantee/grantor/guardian/captain/emperor/commander, for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessels/vassals/offsprings through my seaman is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles (Gal 4) (Treaty of Tunis 1797 ARTICLE II, III, V, XX..)

I johnson, andre lemaurio a private people called Moor/americas aboriginal illinoisan national A Noble, A Emperor, Amuur, consul, Amuur, consul, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore *but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(***Federal***), nor a Citizen of the united states of america in congress assembled and its several states(***confederacy***)*, and Subject of the Al Maroc Shereefian Empire. My private rights as a people called Moor has been irreparably destroyed in libel since the moment I was conceived by *unbecoming* hostile enemy belligerent citizens of the united states for the district of columbia/privateers in character act and deed by the above named libelee(s) who are People bound by oath to be Persons worthy of trust by failing miserable to uphold and protect an ipso jure Moor Subject who is a People. They neglected to restrain their co-Trustees and belligerent citizens from appealing arms and confederating against a People called Moor while passing and repass amongst christians and jews expressed with specific intent and purpose by my ancestors in the 1492 Treaty of Grenada and 1795 Treaty of Algiers Article III,V,XV and *Treaty of Tripoli 1796-ARTICLE XII* and XI, *1789 constitution Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II.* **Equity imputes an intent to fulfill an obligation"** ,**"***Equity sees as done as what ought to be done***".** There has been a clear breach of fiduciary relations, Breach of fiduciary relations, and breach of Trust in admiralty and maritime by nature as I clearly have a Special and Particular Political status not cognizable in colorable admiralty courts at law or in rem because i'm a Moor Subject of an Empire and grantee/heir/beneficiary protected by the 1778 Treaty of the Delawares Article VI. *Whereas the enemies of the United States have endeavored, by every artifice in their power, to possess the Indians (Moors) in general with an opinion, that it is the design of the States aforesaid, to extirpate the Indians (Moors) and take possession of their country to obviate such false suggestion, the United States do engage to guarantee to the aforesaid nation of Delawares, and their heirs, all their territorial rights in the fullest and most ample manner, as it bath been bounded by former treaties, as long as they the said Delaware nation shall abide by, and hold fast the chain of friendship now entered into. And it is further agreed on between the contracting parties should it for the future be found conducive for the mutual interest of both parties to invite any other tribes who have been friends to the interest of the United States, to join the present confederation, and to form a state whereof the Delaware nation shall be the head, and have a representation in Congress: Provided, nothing contained in this article to be considered as conclusive until it meets with the approbation of Congress. And it is also the intent and meaning of this article, that no protection or countenance shall be afforded to any who are at present our enemies, by which they might escape the punishment they deserve. A Trust Arise and*

Page 21

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

## Statement of the Claim

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied maritime equitable surety," he makes his original claim against defendant(s)/libelee(s) seeking equitable maritime restoration from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s) (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the complainant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia military colorable admiralty legal proceedings.Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor A Emperor, Amuur, consul, Amuur, consul, Maritime lien holder of all vessels, ships,chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire, and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this Honorable court, your orator may be subject to unjust and irreparable harm and destruction of his maritime treaty protected rights and property. Your orator is in jeopardy of his private rights being destroyed in contravention RIGHT NOW and in the future because my rights have already been destroyed in the past and present in libel by the following privateers in breach of 1789 constitution Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II. "People who are bound by oath to be Persons Worthy of Trust" *"equity will take jurisdiction to avoid a multiplicity of suits".*

harrell, melissa harrell d/b/a MELISSA HARRELL rutherford county, tennessee circuit court clerk, ngozi, ezike d/b/a EZIKE NGOZI illinois director of public health, raoul, kwame d/b/a KWAME RAOUL illinois attorney general, holbrook, thomas d/b/a THOMAS HOLBROOK st. clair county, illinois county clerk, slatery iii, herbert d/b/a HERBERT SLATERY III tennessee attorney general, hill, lynda m d/b/a LYNDA M HILL district court of the united states clerk middle district of tennessee, hunt, debra d/b/a DEBRA HUNT clerk of the court sixth circuit court of appeals for the united states, garland, merrick d/b/a MERRICK GARLAND attorney general of the united states et al., saul, andrew d/b/a ANDREW SAUL commissioner of social security administration et al., becerra, xavier d/b/a XAVIER BECERRA secretary of us dept of health and human services et. al.,yellen, janet louise d/b/a JANET LOUISE YELLEN secretary of the treasury of the united states et al., blinken, antony d/b/a ANTONY BLINKEN secretary of state of the united states et al., haaland, debra anne d/b/a DEBRA ANNE HAALAND secretary of interior of the united states et al., rettig, charles paul d/b/a CHARLES PAUL RETTIG commissioner of internal revenue et al., cooper, jim d/b/a JIM COOPER 5th congressional district united states house of representatives et al, blackburn, marsha d/b/a MARSHA BLACKBURN tennessee senator of the united states, et al biden jr, joseph robinette d/b/a JOSEPH ROBINETTE BIDEN JR president of the united states for the district of columbia, mayorkas, alejandro d/b/a ALEJANDRO MAYORKAS secretary of homeland security et al., dimon, jamie d/b/a JAMIE DIMON chairman of the board and chief executive officer of wall street et al., solomon, david m d/b/a DAVID M. SOLOMON chief executive officer of wall street et al., blankfein, lloyd d/b/a LLOYD BLANKFEIN chief executive officer of wall street et al., fraser, jane d/b/a JANE FRASER chief executive officer of wall street et al., latour, almar d/b/a ALMAR LATOUR chief executive officer of wall street et al., gorman, james p. d/b/a JAMES P. GORMAN chief executive officer of wall street et al., fink, larry d/b/a LARRY FINK chief executive officer of wall street et al,, pandit, vikram d/b/a VIKRAM PANDIT chief executive officer of wall street et al., mack, john j d/b/a JOHN J. MACK chief executive officer of wall street et al., fuld, richard s jr d/b/a RICHARD S. FULD JR chief executive officer of wall street et al., akman, bill d/b/a BILL AKMAN chief executive officer of wall street et al., moelis, ken d/b/a KEN MOELIS chief executive officer of wall street et al., tilton, lynn d/b/a LYNN TILTON chief executive officer of wall street et al., falcone, philip d/b/a PHILIP FALCONE chief executive officer of wall street et al., mozilo, angelo d/b/a ANGELO MOZILO chief executive officer of wall street et al., paulson, henry m. d/b/a HENRY M. PAULSON chief executive officer of wall street et al., malerba,lynn m d/b/a LYNN MALERBA treasurer of the united states et al., hsu, michael j. d/b/a MICHAEL J. HSU united states comptroller of currency.,Heirs and Assigns

Your orator is in jeopardy of his private rights being destroyed in contravention **RIGHT NOW** and in the future because my rights have already been destroyed in the past and present in libel by the following privateers in breach of 1789 constitution Art

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

### *"Equity takes Jurisdiction to avoid a Multiplicity of Suits"*

Heirs and Assigns are guilty of breaching faith by taking oaths contrary to Equity in admiralty and maritime by nature law of nations as pirates/privateers and a good conscience by continuing to use Administrative Courts to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the colorable admiralty Court of law an instrument of injustice. Whereas congress intent was blueprinted since the early 1800's to faithfully manage Labor and commerce leading up to FIFTY-SEVENTH CONGRESS Sess II December 4, 1901, with an introduction bill then approved February, 14th 1903, "dept of Labor and Commerce". later on, adopting in that dept. in the SIXTY-SECOND CONGRESS Sess II April 9, 1912 "Children's Bureau", and then even in its laws inherited the nature of such core rights that no agents/officials/trustees shall, over the objection of the head of family, enter a regency or home. following predecessor treaties of rooted laws of the land. the committee now dissolved and threw its re-organizations and re-structures merging into acts and new administrations like social security Administration in 1946, and now in this state, the modern day "Family Court Act". I WHICH I AGREE IT IS A GOOD DEED FOR THE PEOPLE WELL IN NEED, HOWEVER , I question the construction of the validity of such acts where It deemed necessary for the burial of such rights and the plaintiff obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defence, and was guilty of no negligence or other fault in the case. Which is also very unbecoming belligerent and hostile in character act and deed *"Equity does not aid the Volunteer".*

Furthermore the belligerent blockades continue; these above-named privateers/libelee(s) who take commissions wearing enemy colors are in breach of the 76 CONGRESS 1ST SESSION. 409, 410-AUG. 1,2, 1939 53 STAT. P. 1415-1417 *"An Act to prevent pernicious activities"* and the *Indenture Act of 1939* p. 1417-1446 by making unlawful appropriations by force through legal compulsion without the owner's consent using corporate officials in administrative positions to intimidate and to prevent the People from a fair VOTE and fair elections, pledging the People to be Persons without their consent for political gain and unjust enrichment from the root of this federal demonstration of the united states for the district of columbia organization produces and bears the fruits of the poisonous tree, stealing their right to VOTE and freedom of speech in contravention of the bill of rights of the constitution Amendments 1,4 and 5, and 1781 Articles of Confederation art. I,II,III,ÌV,V,VI,IX,XII,XIII it is very unbecoming and Malicious to not only Exceed the boundary lines outside the potomac river without the consent of united states of america in congress assembled, but then take it upon themselves to create a shadow Executive Power using colorable UNITED STATE CODE TITLE 42 which is void on its face because its a bill of attainder and ex-Post facto law/ letters of MARQUE/REPRISAL quasi-in rem colorable admiralty and maritime prize proceedings by characteristic that has no force in effect In breach of 1795 Treaty of Algiers Art. III,V,VI,XV. It's a well known ethereal principle that the People have the right to be Secured in their persons or papers from unreasonable searches and seizures. These rights are inherent through law of nations of People Secured by the supreme law of the land which are in fact Treaties **1786 Treaty of Marrakech Art VI**. This belligerent and hostile organization and its piratical privateers are in fact the true *"enemies of the state"* They engage in loot operations by using Paper Genocide as an Instrument of mass destruction *"He who comes into equity must come with clean hands".* Furthermore it's very clear from this corporation's bylaws called the D.C Code specifically states that its Trust Res is governed by British Statutes and clearly defines a person as Partnerships or Corporation. Furthermore these Privateers named above had specific intent and purpose to move in a manner contrary to equity, good conscience and sound reasoning by Usurping the People's Estates/Trusts pledging them to be a Mortgage through bankruptcy/insolvency without full disclosure and cornering the market through monopolies creating a central banking system called the Federal Reserve Bank System/Corporation creating a colorable-quasi admiralty and maritime CURRENT-SEA that's non-substantive to purposely take private property for public use without just and compensation and imprison the People for debt (Usery) when it's clear in the constitution of the united states article VI that all debts whether public or private are against both of the United States and its representatives who are bound by oath to be Persons Worthy of Trust, I could go on and on with many more violations and breaches but to reserve time and space so with the powers invested in me as an Ipso Jure Moor Subject of the Al Maroc Shereefian Empire and a Private People called Moor I hereby draw into question the validity and construction of the 76 CONGRESS 1ST SESSION. 409, 410-AUG. 1,2, 1939 53 STAT. P. 1415-1417 *"An Act to prevent pernicious activities"*

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

through 81st Congress and 23rd the U.S. 50 subtitle to the constitution of the united states article 3 section 2 clause 1, article VI, art I section 8 clause 10,17, and the laws of the united states, 1786 Treaty of Marrakech Art 1-25, 1781 articles of Confederation 1-13 and general acts of congress? as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire. I HEREBY CONCUR : Affirm or Deny

The above-mentioned defendants/libelee(s) whether officials/trustees public or private or caretakers/custodians have breached their duties that I as a people called Moor entrusted these People who are bound by oath to be Persons Worthy of Trust to discharge their duties faithfully while in their office of Trust and are moving unbecoming in character act and deed. They have Confederated against me through assault and beatings on the High Seas breached maritime treaty relations, breached fiduciary relations and breached trust relations my private rights have been irreparably destroyed beyond repair in libel Their actions are demonstrably erroneous and unbecoming in nature character act and deed. There has been a clear breach of treaty relations, Breach of fiduciary relations, and breach of Trust, Treason assaults and beatings on the High seas as I clearly have a Special and Particular Political status not cognizable in the Colorable admiralty courts at law or in rem because i'm a Moor Subject of an Empire and grantee/heir/beneficiary protected by the 1778 Treaty of the Delawares Article VI. "Whereas the enemies of the United States have endeavored, by every artifice in their power, to possess the Indians (Moors) in general with an opinion, that it is the design of the States aforesaid, to extirpate the Indians (Moors) and take possession of their country to obviate such false suggestion, the United States do engage to guarantee to the aforesaid nation of Delawares, and their heirs, all their territorial rights in the fullest and most ample manner, as it bath been bounded by former treaties, as long as they the said Delaware nation shall abide by, and hold fast the chain of friendship now entered into. And it is further agreed on between the contracting parties should it for the future be found conducive for the mutual interest of both parties to invite any other tribes who have been friends to the interest of the United States, to join the present confederation, and to form a state whereof the Delaware nation shall be the head, and have a representation in Congress: Provided, nothing contained in this article to be considered as conclusive until it meets with the approbation of Congress. And it is also the intent and meaning of this article, that no protection or countenance shall be afforded to any who are at present our enemies, by which they might escape the punishment they deserve. A Trust Arise and I am the beneficiary this right has been irreparably destroyed in the past, present and future."Equity follows the law" He who comes into equity must come with clean hands" He who occasions the loss must bear the burden".

In Conclusion I hereby Command, Invoke, Bestow send a signal or pass to my faithful Servants who are People Bound by Oath to be Persons Worthy of Trust to Defend and Protect the constitution from all enemies foreign and domestic in the Executive Branch of the United States of America in Congress Assembled Through its Commander and chief of the Military pursuant to the constitution of the united states Article II section 2 clause 1 and the 1781 Articles of Confederation Art. VI,IX, Treaty of Marrakech art I, II,III,X,XI to rid the several states of the united states of america in congress assembled of its infestation of pirates right now it's exigent circumstances and it is an Emergency "Equity imputes an intent to fulfill an obligation".

## Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied maritime equitable surety," he makes his original claim against defendant(s)/libelee(s) seeking equitable maritime restoration from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s) (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the complainant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia military colorable admiralty legal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor A Emperor, Amuur, consul, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this Honorable

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

Your orator is in jeopardy of his private rights being destroyed in contravention in the future because my rights have already been destroyed in the past and present in libel by the following privateers christian enemies in breach of 1789 constitution Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II. *"People who are bound by oath to be Persons Worthy of Trust"* martin, donna d/b/a DONNA MARTIN provost marshal general of the army of the united states et al, dejoy, louis d/b/a LOUIS DEJOY postmaster general of the united states and garland, merrick d/b/a MERRICK GARLAND attorney general of the united states et al., saul, andrew d/b/a ANDREW SAUL commissioner of social security administration et al.,yellen, janet louise d/b/a JANET LOUISE YELLEN treasury secretary of the united states et al., blinken, antony d/b/a ANTONY BLINKEN secretary of state of the united states et al., haaland, debra anne d/b/a DEBRA ANNE HAALAND secretary of interior of the united states et al., rettig, charles paul d/b/a CHARLES PAUL RETTIG commissioner of internal revenue et al., mayorkas, alejandro d/b/a ALEJANDRO MAYORKAS secretary of homeland security et al., biden jr, joseph robinette d/b/a JOSEPH ROBINETTE BIDEN JR president of the united states for the district of columbia et al.,Heirs and Assigns are guilty of breaching faith by taking oaths contrary to Equity in admiralty and maritime by nature law of nations as pirates/privateers and a good conscience by continuing to use the Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the colorable admiralty Court of law an instrument of injustice. If the plaintiff obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defence, and was guilty of no negligence or other fault in the case. *Which is also very unbecoming belligerent and hostile in character act and deed "Equity does not aid the Volunteer".*

The above mentioned defendants/libelee(s) whether officials/trustees public or private or caretakers/custodians have breached their duties that I as a people called Moor entrusted these People who are bound by oath to be Persons Worthy of Trust to discharge their duties faithfully while in their office of Trust are moving unbecoming in character act and deed. They have Confederated against me through assault and beatings on the High Seas breached maritime treaty relations, breached fiduciary relations and breached trust relations my private rights have been irreparably destroyed beyond repair in libel. Their actions are demonstrably erroneous and unbecoming in nature character act and deed. There has been a clear breach of treaty relations, Breach of fiduciary relations, and breach of Trust, Treason assaults and beatings on the High seas as I clearly have a Special and Particular Political status not cognizable in the Colorable admiralty courts at law or in rem because i'm a Moor Subject of an Empire and grantee/heir/beneficiary protected by the 1778 Treaty of the Delawares Article VI. *Whereas the enemies of the United States have endeavored, by every artifice in their power, to possess the Indians (Moors) in general with an opinion, that it is the design of the States aforesaid, to extirpate the Indians (Moors) and take possession of their country to obviate such false suggestion, the United States do engage to guarantee to the aforesaid nation of Delawares, and their heirs, all their territorial rights in the fullest and most ample manner, as it hath been bounded by former treaties, as long as they the said Delaware nation shall abide by, and hold fast the chain of friendship now entered into. And it is further agreed on between the contracting parties should it for the future be found conducive for the mutual interest of both parties to invite any other tribes who have been friends to the interest of the United States, to join the present confederation, and to form a state whereof the Delaware nation shall be the head, and have a representation in Congress: Provided, nothing contained in this article to be considered as conclusive until it meets with the approbation of Congress. And it is also the intent and meaning of this article, that no protection or countenance shall be afforded to any who are at present our enemies, by which they might escape the punishment they deserve. A Trust Arise and I am the beneficiary this right has been irreparably destroyed in the past, present and future."Equity follows the law" He who comes into equity must come with clean hands" He who occasions the loss must bear the burden".*

### Statement of the Cause

I johnson, andre lemaurio a Private People called Moors/grantee/grantor/beneficiary hereby require demand, order and command the resurrection of the army of the united states to rid the several states of its infestation of pirates onshore and offshore because the danger is so imminent as not to admit of a delay. The united states in congress assembled who formed The committee of states in recess of congress (united states for the district of columbia) as written in the Articles of Confederation

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

1781 is already in the committee of states to go to war with a private People called Moors intentionally using Democrats allowing them to adopt corporate equity by characteristic admiralty maritime amendments to intentionally disenfranchise the Moors one by one to citizens of the united states for the district of columbia using tools like reconstruction of history to disenfranchise the Moors by stripping them of the customs and culture of their ancestors. But I as the Lord of the Land Air and Water the Moor Subject of the Al Maroc Shereefian Empire am offering grace and forgiveness to the United States in congress assembled and its People who are bound by oath to be Persons Worthy of Trust as long as you turn back from your wicked ways and move in a manner not contrary to Equity, good conscience and good reason. Prince George in the 1763 proclamation never gave consent by license for the united states for the district of columbia and its agents to step outside of the ten square smiles. So I command sanchez, juan r d/b/a JUAN R. SANCHEZ chief judge/ acting as chancellor/master to restore the confederacy of the united states in congress assembled and its several states so that the Citizens of the several states may be in peace. As for the Subjects of the Al Maroc Shereefian Empire the moment they claim to be Moors I demand they be immediately released and set at liberty for I never gave permission or consent for any of my Subjects/Beneficiaries to be naturalized or members of any one of the United States. My Subjects are under Me as I am Emperor, Amuur, consul, High Commissioner, Commander in my own right for I will never entertain the idea or Subject Matter known as Naturalization for Moors because there is no such thing as Citizenship in the Dominions of the Al Maroc Shereefian Empire. Remember as the 1786 Treaty of Marrakech states ; " *the law of the country shall take place and Equal Justice shall be rendered".*

*I also demand the following named Moor subjects be immediately released and set at liberty*

*Immediately release and set the following named Moor beneficiary vessels goods and chattels at liberty epps, demarco lamar in care of state of tennessee davidson county/us government*

<u>*Substantive Due Process of War*</u>

<u>*Terms of Conditions*</u>

Treaty with Algiers September 5, 1795

**Article V.** *No Commander of any Cruiser belonging to this Regency shall be allowed to take any person of whatever Nation or denomination out of any Vessel belonging to the United States of North America in order to Examine them or under presence of making them confess any thing desired neither shall they inflict any corporal punishment or any way else molest them.* **Breached in the Past**

## ARTICLE YE 15th

*Any disputes or Suits at Law that may take Place between the Subjects of the Regency and the Citizens of the United States of North America Shall be decided by the Dey in person and no other, any disputes that may arise between the Citizens of the United States, Shall be decided by the Consul as they are in Such Cases not Subject to the Laws of this Regency.* **Breached in the past** (A Trust arises)

## ARTICLE YE 19th

*Should the Cruisers of Algiers capture any Vessel having Citizens of the United States of North America on board they having papers to Prove they are Really so they and their property Shall be immediately discharged and Shou'd the Vessels of the United States capture any Vessels of Nations at War with them having Subjects of this Regency on board they shall be treated in like Manner.* **Breached in the past** (A Trust arises)

## ARTICLE 3.

*If any citizens, subjects or effects belonging to either party shall be found on board a prize vessel taken from an enemy by the*

Page 26

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

**ARTICLE 12.,** *In case of any dispute arising from a notation of any of the articles of this treaty no appeal shall be made to arms, nor shall war be declared on any pretext whatever. But if the (consul residing at the place where the dispute shall happen shall not be able to settle the same, an amicable reference shall be made to the mutual friend of the parties, the Dey of Algiers, the parties hereby engaging to abide by his decision. And he by virtue of his signature to this treaty engages for himself and successors to declare the justice of the case according to the true interpretation of the treaty, and to use all the means in his power to enforce the observance of the same;* **Breached in the past** (A Trust arises)

**1786/1836 Treaty of Marrakech**

*Article II. If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.* **Breached in the Past**

**Article V.** *If either of the Parties shall be at War, and shall meet a Vessel at Sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a Boat with two or three Men only, and if any Gun shall be Bred and injury done without Reason, the offending Party shall make good all damages.* **Breached in the Past**

**VI** *If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.* **Breached in the past** (A Trust arises)

**VII.** *If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation.*

*If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever.* **Breached in the past Breached in the past** (A Trust arises)

**Article XI.** *If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow untill twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports.-be their enemies Moors or Christians.* **Breached in the Past**

**Article X.** *If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon (1) or any coast thereabout, the People belonging to her shall be protected, and assisted until by the help of God, they shall be sent to their Country.* **"Breached in the past"**...

**Article XIV.** *The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.* **"Breached in the past"**...

**Article XXI.** *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.* **"Breached in the past"**...

Page 27

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

*Article XX. If any* ~~Case 2:23-cv-03754-NIQ-JAG Document 1 Filed 1/28/23 Page 29 of 42~~ *disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.* **Breached in the Past**

*Article XVI. In case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one for another, Captain for Captain, Officer for Officer and one private Man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican Dollars for each Person wanting; And it is agreed that all Prisoners shall be exchanged in twelve Months from the Time of their being taken, and that this exchange may be effected by a Merchant or any other Person authorized by either of the Parties.* **Breached in the Past**

*Article XV. Merchants of both Countries shall employ only such interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less.* **Breached in the Past**

Article XXIII. *The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.*

**1794 Jay Treaty Art. XXIV.** *It is likewise agreed that the Subjects and Citizens of the Two Nations, shall not do any acts of Hostility or Violence against each other, nor accept Commissions or Instructions so to act from any Foreign Prince or State, Enemies to the other party, nor shall the Enemies of one of the parties be permitted to invite or endeavour to enlist in their military service any of the Subjects or Citizens of the other party; and the Laws against all such Offences and Aggressions shall be punctually executed. And if any Subject or Citizen of the said Parties respectively shall accept any Foreign Commission or Letters of Marque for Arming any Vessel to act as a Privateer against the other party, and be taken by the other party, it is hereby declared to be lawful for the said party to treat and punish the said Subject or Citizen, having such Commission or Letters of Marque as a Pirate.* **"Breached in the past"**…

**1796 Treaty of Tripoli Article XI.** *As the government of the United States of America is not in any sense founded on the Christian Religion,-as it has in itself no character of enmity against the laws, religion or tranquility of Musselmen,-and as the said States never have entered into any war or act of hostility against any Mehomitan nation, it is declared by the parties that no pretext arising from religious opinions shall ever produce an interruption of the harmony existing between the two countries.***"Breached in the past"**…

*Treaty of Tripoli 1796-ARTICLE X.,* The money and presents demanded by the Bey of Tripoli as a full and satisfactory consideration on his part and on the part of his subjects for this treaty of perpetual peace and friendship are acknowledged to have been recieved by him previous to his signing the same, according to a receipt which is hereto annexed, except such part as is promised on the part of the United States to be delivered and paid by them on the arrival of their Consul in Tripoly, of which part a note is likewise hereto annexed. And no presence of any periodical tribute or farther payment is ever to be made by either party;*"Breached in the past"*…

*Exodus 24:12 10 Commandments Breached in the past* "You shall have no other gods before me.

*4 "You shall not make for yourself an image in the form of anything in heaven above or on the earth beneath or in the waters below.*

*5 You shall not bow down to them or worship them; for I, the Lord your God, am a jealous God, punishing the children for the sin of the parents to the third and fourth generation of those who hate me,*

*6 but showing love to a thousand generations of those who love me and keep my commandments.*

Page 28

8 "Remember the Sabbath day by keeping it holy. 9 Six days you shall labor and do all your work, 10 but the seventh day is a sabbath to the Lord your God. On it you shall not do any work, neither you, nor your son or daughter, nor your male or female servant, nor your animals, nor any foreigner residing in your towns. 11 For in six days the Lord made the heavens and the earth, the sea, and all that is in them, but he rested on the seventh day. Therefore the Lord blessed the Sabbath day and made it holy.

12 "Honor your father and your mother, so that you may live long in the land the Lord your God is giving you.

13 "You shall not murder.

14 "You shall not commit adultery.

15 "You shall not steal.

16 "You shall not give false testimony against your neighbor.

17 "You shall not covet your neighbor's house. You shall not covet your neighbor's wife, or his male or female servant, his ox or donkey, or anything that belongs to your neighbor."

Whenever a right grows out of or is protected by treaty, it is sanctioned against all the laws and judicial decisions of the states; and whoever may have this right is protected. But if the person's title is not affected by the treaty, if he claims nothing under the treaty his title can not be protected by the treaty.

The obligation of a treaty, the supreme law of the land, must be admitted. The execution of the contract between the two nations is to be demanded from the executive of each nation; but where a treaty affects the rights of parties litigating in court, the treaty as much binds those rights, and is as much regarded by the Supreme Court as an act of congress. Nor do treaties, in general, become extinguished, ipso facto, by war between two governments. Those stipulating for a permanent arrangement of territorial and other national rights, are, at most, suspended during the war, and revive at the peace, unless they are waived by the parties, or new and repugnant stipulations are made. This being a fact and question in law which was evidently overlooked, and which manifestly makes the denial order erroneous

Where a treaty is the law of the land, and as such affects the rights of parties litigating in court, that treaty as much binds those rights, and is as much to be regarded by the court, as an act of Congress. To Condemn a vessel, therefore, the restoration be an executive act, would be a direct infraction of that law, consequence, improper

The stipulations in a treaty between the United States and a foreign power, are paramount to the provisions of the constitution of a particular state, or the Confederacy.

The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson)

In Conclusion for the breach of faith/breach of treaty relations, and fiduciary duties in contravention is libel and slander and Treason against Ipso Moor Subjects of the Al Maroc Shereefian Empire. I hereby Order and Demand A Maritime lien on all Constitutions including the 1789 constitution of the united states the 1871 organic act, the District of Columbia code etc. As Emperor Knowhere in the constitution did I state that the Constitution Trust Manifesto was perpetual it's very clear that there was a scandalous intent and purpose to extirpate the Moors and breach the Supreme laws of Nations that came before the adoption of the constitution and laws of the united states by waging or declaring war against the Moor Subjects of an Empire *"He who occasions the loss must bear the burden"* I declare all the People bound by oath to be Persons Worthy of Trust in Offices of the united states for the district of columbia, and the united states of america in congress assembled and its 1789 constitution of united states is **Void** *Ab Initio and I Command Trustees not in breach to return back to the original united states of america style of confederacy and several states under 1774 articles of association, 1776 Declaration of Independence, 1781 articles of confederation, Equity imputes an intent to fulfill an obligation, Equity see what is done as ought to be done.*

Page 29

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

*confederation are submitted to them. And the Articles of this Confederation shall be inviolably observed by every State, and the Union shall be perpetual; nor shall any alteration at any time hereafter be made in any of them; unless such alteration be agreed to in a Congress of the United States, and be afterwards confirmed by the legislatures of every State.*

## Statement of the Cause

Your Orator has suffered irreparable injury beyond repair by belligerent and hostile enemy christian powers and their crewman on enemy ships and vessels who continues to cross enemy lines stepping outside of the 10 X 10 square mile of the headquarters who identifies themselves as the united states for the district of columbia masquerading themselves as Citizens of the united states of north america but in reality they are citizens of the united states for the district of columbia and privateers/pirates which in fact are committing Treason and felonies upon the High seas against the law of nations. Using colorable prize proceedings not applicable in admiralty using a 2 Tiered system causing Tyranny to destroy Ipso Jure Moor Subjects of an Empire with Malicious and Scandalous Intent and purpose through corruption of Blood using Letters of Marque/reprisal to capture and condemn the Booty as prize and steal all cargo and goods belonging to the MotherShip of the Al Maroc Shereefian Empire. The united states for the district of columbia is in Fact the modern day resurrection of the East India Trading Company which the slav(e) Trade was wholly discontinued by the Emperor pursuant the 1774 Articles of Association which was agreed *To obtain redress of these grievances, which threaten destruction to the lives liberty, and property of his majesty's subjects, in North-America, we are of opinion, that a non-importation, non-consumption, and non-exportation agreement, faithfully adhered to, will prove the most speedy, effectual, and peaceable measure: And, therefore, we do, for ourselves, and the inhabitants of the several colonies, whom we represent, firmly agree and associate, under the sacred ties of virtue, honour and love of our country, as follows: 1. That from and after the first day of December next, we will not import, into British America, from Great-Britain or Ireland, any goods, wares, or merchandise whatsoever, or from any other place, any such goods, wares, or merchandise, as shall have been exported from Great-Britain or Ireland; nor will we, after that day, import any East-India tea from any part of the world; nor any molasses, syrups, paneles, coffee, or pimento, from the British plantations or from Dominica; nor wines from Madeira, or the Western Islands; nor foreign indigo Breached in the past.2. **We will neither import nor purchase, any slave imported after the first day of December next; after which time, we will wholly discontinue the slave trade, and will neither be concerned in it ourselves, nor will we hire our vessels, nor sell our commodities or manufactures to those who are concerned in it Breached in the past.** 3. As a non-consumption agreement, strictly adhered to, will be an effectual security for the observation of the non-importation, we, as above, solemnly agree and associate, that from this day, we will not purchase or use any tea, imported on account of the East-India company, or any on which a duty hath been or shall be paid; and from and after the first day of March next, we will not purchase or use any East-India tea whatever; nor will we, nor shall any person for or under us, purchase or use any of those goods, wares, or merchandise, we have agreed not to import, which we shall know, or have cause to suspect, were imported after the first day of December, except such as come under the rules and directions of the tenth article hereafter mentioned **breached in the past.** 4. The earnest desire we have not to injure our fellow-subjects in Great-Britain, Ireland, or the West-Indies, induces us to suspend a non-exportation, until the tenth day of September, 1775; at which time, if the said acts and parts of acts of the British parliament hereinafter mentioned, ate not repealed, we will not directly or indirectly, export any merchandise or **commodity whatsoever to Great-Britain, Ireland, or the West-Indies, except rice to Europe breached in the past.**

The united states for the district of columbia has become a complete nuisance their unbecoming acts and deeds are completely contrary to ancient ethereal principles and needs to be completely destroyed and burned with fire like prophecy states which only the ones chosen by the most high can enforce so with the Powers invested in me As an Ipso Jure Moor Subject of an Empire I hereby conjure the spirits of the angelic bodies in the heavens to destroy all these wicked ones by enforcing Revelations chapter 16-18. *"It is so Written so Shall it Be done ASE"*

## *CONGRESSIONAL QUESTIONS RAISED*

The question's I present to the clerk of the court and its People bound by oath to be Persons worthy of trust with all due respect I hereby draw into question the validity of the 39th through 81st congress and its construction of the United States for the district of columbia its commissions, acts, and laws known as the Organic Act of 1871, D.C Code, UNITED STATES CONSTITUTION 14th, 15th amendments Federal Rules of Civil Procedures, Federal Rules of Appellate Procedure, United States Code, Federal Reserve Bank, FBI, CIA, ATF, BIA Department

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

Finance, Department of Transportation, POLICE PRECINCTS, THE FAMILY COURT ACT, BRITISH ACCREDITED REGISTRY, FEDERAL RULES OF CRIMINAL PROCEDURE, CHILDREN'S BUREAU etc, its MILITARY STYLES and PROCEEDINGS, including elections and whether its repugnant to the constitution of the United States art III section clause 1 and Art.VI, 1786/1836 Treaty of Marrakech art. 2-25, 1795 Treaty of Algiers article III,V,VI,XV, 1781 Articles of Confederation Art. I, II,III,IV,VI,IX,XI,XII,XIII and general acts of congress? as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire : Affirm or Deny

1.) Are YOU commissioned and wearing enemy colors acting as a Privateer/Pirate Christian enemy of the united states for the district of columbia? Affirm or Deny

2.) Or are YOU actually Citizens of the United States of America according to the perpetual peace under approbation granted to YOU by the Emperor and the Subjects of the Al Maroc Shereefian Empire pursuant to 1786/1836 Treaty of Marrakech Art I and II? Affirm or Deny

3.) When did congress grant its magistrates/officers/agents/employees pro tempore in recess of congress committee of the states (insurrectionists in rebellion) its courts/agents/libelee(s)/privateers/pirates the authority to issue or grant letters of marque/reprisals? **are YOUR** letters of marque/reprisals *repugnant to YOUR Trust Indenture the constitution, laws of the united and Treaties with the Al Maroc Shereefian Empire as well as 1781 Articles of Confederation art. IV, Vi, IX, XII, XIII ?*

4.) Are YOU magistrates/officers/agents/employees/insurrectionists in rebellion and all defendants/libelee(s)/privateer(s)/pirates as People bound by oath to be Person worthy of trust acting within the purpose and intent of the FIFTY-SIXTH CONGRESS. SEss. II . CHs. 853,85-1. 1901 to it's entirety and not behaving like belligerent and hostile enemy christian powers and their crewman on enemy ships and vessels who continues to cross enemy lines stepping outside of the 10 square mile of the headquarters who identifies themselves as the united states for the district of columbia masquerading themselves as Citizens of the united states of north america but in reality they are citizens of the united states for the district of columbia and privateers/pirates which in fact are committing Treason and felonies upon the High seas against the law of nations. Using colorable prize proceedings not applicable in admiralty using a 2 Tiered system causing Tyranny to destroy Ipso Jure Moor Subjects of an Empire with Malicious and Scandalous Intent and purpose through corruption of Blood using Letters of Marque/reprisal to capture and condemn the Booty as prize and steal all cargo and goods belonging to the MotherShip of the Al Maroc Shereefian Empire? **Are YOUR proceedings contrary to YOUR Trust Indenture the constitution and the laws of the united states or the Treaties of the Al Maroc Shereefian Empire?**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

defendants/libelee(s)/privateer(s) who are People bound by oath to be Persons worthy of trust violated or breached any sections of their Trust Indenture by using the courts of law as a instrument of injustice, known as ACTS OF THE SIXTEENTH CONGRESS OF THE UNITED STATES, Passed at the first session, which was begun and held in the city of Washington, in the District of Columbia, on Monday the sixth day of December, 1819, and ended on the fifteenth day of May, 1820. CH.&vP. CXIII.-An Act to continue in force " An act to protect the commerce of the United States, and punish the crime of piracy," and also to make further provisions for punishing the crime of piracy?

6) Does the Federal Rules of Civil Procedure and Federal Rules of Appellate Procedures (special legislation) supersede the 1789 Judiciary Act?

7) Is THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA AND THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT one of the judicial courts for several states of union (confederation) authorized and established by the United States of America in Congress Assembled and the general acts of congress?

8) Was Congress intent and purpose for the FEDERAL GOVERNMENT and its municipal corporations **(united states for the district of columbia)** special legislation to Exceed The 10 Square mile?

9) Did Congress grant the authority for United States of America and its several states of the union and the United States for the district of columbia to issue letters of Marque/reprisal through colorable quasi in rem admiralty and maritime to commit acts of war (PIRACY) against an Ipso Jure Moor Subject of the Al Maroc Shereefian Empire?

10) When congress established UNITED STATES FOR THE DISTRICT OF COLUMBIA a federal Corporation was it their intent and purpose to apply to People or Persons?

11) When Congress adopted the Bill of Rights was it the intent and Purpose for the People to be Secured in their persons or papers or was it the intent for the Persons to be secure in their Persons or Papers?

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

2) v. 105 the United States of America in Congress Assembled in peace of Congress grant the United States for the District of Columbia and its (committee of states) and its belligerent citizens/agents/privateers/employees/commissioners the consent to aid in insurrection and rebellion against the united states of america in congress assembled by issuing letters of marque/reprisal using acts of war passing ex Post facto law using bills of attainder (colorable quasi in rem admiralty and maritime) to pirate through insurrection and rebellion the Citizens of the several united states of america, Moor Subjects of the Al Maroc Shereefian Empire, Citizens or Subjects of the United Kingdom of Great Britain, the Citizens or Subjects of Spain/Mexico/Grenada the Citizens or Subjects of France its kingdoms, Territories, Dominions, Empires etc? In Breach of the Constitution of the united states article III section II subsection 1 Article VI, Article 1 section 8 clause 10,17 Art IV, V; 1781 Articles of Confederation Art IV, VI, IX, XI, XII, XIII, 1794 Jay Treaty, 1786/1836 Treaty of Marrakech Art. II, 1492 Treaty of Grenada, 1778 Treaty of France and the 39th Congress 1865-1867 pg 811-820 and the 1880 Treaty of Madrid. Affirm or Deny

13) In the Construction of The UNITED STATES CONSTITUTION amendments 11-25 is it Not repugnant to the constitution of the United States, Treaties, and the General Acts of Congress? Affirm or Deny

14) I also draw into question the validity and construction of the 1945 charter of the united nations (Hague Convention) and statute of the International Court of Justice, UN declaration of human rights, rights of indigenous people its pandemic treaties, 1938 Foreign Registration Act, arbitration commissions, acts, statutes and whether its repugnant and against the constitution of the united states, the general acts of congress the laws of the united states, 1786/1836 Treaty of Marrakech Article II, 1781 Articles of Confederation Article IV, VI,IX, XII,XIII affecting the private rights and title of an ipso jure Moor Subject of the Al Maroc Shereefian Empire? Affirm or Deny

*ACTS OF THE SIXTEENTH CONGRESS OF THE UNITED STATES, Passed at the first session, which was begun and held in the city of Washington, in the District of Columbia, on Monday the sixth day of December, 1819, and ended on the fifteenth day of May, 1820. CH.&vP. CXIII.-An Act to continue in force " An act to protect the commerce of the United States, and punish the crime of piracy," and also to make further provisions for punishing the crime of piracy.*

*SEC. 3. And be it further enacted, That, if any person shall, upon the high seas, or in any open roadstead, or in any haven, basin, or bay, or in any river where the sea ebbs and flows, commit the crime of robbery, in or upon any ship or vessel, or upon any of the ship's company of any ship or vessel, or the lading thereof, such person shall be adjudged to be a pirate: and being, thereof convicted before the circuit court of the united states for the district into which he shall be brought, or in which he shall be found, shall suffer death. And if any person engaged in any piratical cruise or enterprise, or being of the crew or ship's company of any piratical ship or vessel, shall land from such ship or vessel, and, on shore, shall commit robbery, such person shall be ajudged a pirate: and on conviction thereof before the circuit court of the United States for the district into which he shall*

Page **33**

**Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations**

*shall be construed to deprive any particular state of its jurisdiction over such offences, when committed within the body of a county, or authorize the courts of the United States to try any such offenders, after conviction or acquittance, for the same offence, in a state court.* **(Breached in the past)**

*SEC. 4. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned in the whole or part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall land, from any such ship or vessel, and, on any foreign shore, seize any negro or mulatto, not held to service or labour by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall decoy, or forcibly bring or carry, or shall receive, such negro or mulatto on board any such ship or vessel, with intent as aforesaid, such citizen or person shall be adjudged a pirate; and, on conviction thereof before the circuit court of the United States for the district wherein he may be brought or found, shall suffer death.* **(Breached in the past)**

*SEc. 5. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned wholly or in part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall forcibly confine or detain, or aid and abet in forcibly confining or detaining, on board such ship or vessel, any negro or mulatto not held to service by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall, on board any such ship or vessel, offer or attempt to sell, as a slave, any negro or mulatto not held to service as aforesaid, or shall, on the high seas, or any where on tide water, transfer or deliver over, to any othership or vessel, any negro or mulatto, not held to service as aforesaid, with intent to make such negro or mulatto a slave, or shall land, or deliver on shore, from on board any such ship or vessel, any such negro or mulatto,with intent to make sale of, or having previously sold, such negro or mulatto, as a slave, such citizen or person shall be adjudged a pirate; and,on conviction thereof before the circuit court of the United States for the district wherein he shall be brought or found, shall suffer death. APPROVED, May 15, 1820.* **(Breached in the past)**

### Statement of the Cause

Your Orator rights has been irreparably destroyed beyond repair as an Ipso jure Moor Subject of the Al Maroc Shereefian who is a private people called Moor by Hostile and Belligerent foreign and domestic enemies/pirates/privateers of the United Nations who Masquerades themselves as Citizens or Nationals of the lawful de jure kingdoms setup and established by Moor Subjects of an Empire in all Dominions Worldwide which includes Chimoros, Khamoros, and Moors of Tameri/Al Maroc, Al Maghrib Al-aqsa. Ever since the early 1900's the league of nations took it upon themselves to form committees setup by the Geneva/Hague Convention with the intentions of forming a International Organization based out of San Francisco, California through the insurrection and rebellious new union under the Organic Act of 1871 without the consent of the united states of america in congress assembled conducting Belligerent Blockades Worldwide/Gog and Magog **(four corners of the earth)** to usurp, steal and pirate all the Natural Resources on the earth belonging to the Moors who are in fact the True Owners Maritime Lien holders and have Dominion over all things in the Land, Air and Water. The United Nations formed their first Charter in 1945 and created the Statute of the International Court of Justice which is Political in nature and arbitrary "He who comes into equity must come with clean hands". This Demonstration is Void on its face and its belligerent/piratical board members who are People Bound by oath to be Persons Worthy of Trust are in Breach of the 1786/1836 Treaty of Marrakech article II by taking commissions wearing enemy colors in contravention and also in Breach of the 1781 Articles of Confederation art. VI and IX. The United Nations and its hostile and belligerent piratical board Members Worldwide have issued letters of marque/reprisal against kingdoms without the consent of their Congress but also waged and engaged in War against Ipso Jure Moors of the Al Maroc

unbecoming and Treason on the High Seas of Chancery, and Ecclesiastical law in contravention.

The belligerent/piratical Members of the United States for the District of Columbia and United Nations Through their Foreign Registration Statements or Acts are guilty of Mass Genocide including but not limited to drug trafficking, child trafficking, organ harvesting, monopoly on opioids, Illegal and Unlawful Immigration, rico, racketeering, murder, rape and kidnapping etc in breach of the constitutions, treaties and laws of the united states and general acts of congress in contravention. Furthermore these corporations have become a complete nuisance and needs to be completely destroyed and burned with fire for all their sins against the children of the Most High and as well as Mankind using religion as a tool for mass destruction and genocide and their hostile and belligerent piratical corporate board members who absorbs themselves in iniquities for commercial molestation and intercourse for profit and gain through belligerent blockades using the Harlot that sits on many waters stepping outside of their boundaries with no authority to conduct admiralty and maritime prized proceedings and issuing letters of Marque/Reprisal without the Consent of their Congress. These demonstrations are in fact colorable quazi-admiralty and maritime proceedings, Their UN Treaties are null and void colorable and are Void ab-initio.) It's impossible for me to be anything other then who my creators are *" Me and my ancestors are one in the same people"*. 2.) It's impossible for my ancestors to change my nationality 3.) When i'm at the age of Majority if I have never declared my Intentions to take an allegiance to another Trust Company I must get consent from my government first if that has never taken place I am Ipso Jure a Moor Subject of the Al Maroc Shereefian and I Owe my allegiance to God only which is my Ancestors *"Only God can create the Heir"*. *Equity regards the beneficiary as the true Owner"* So therefore **I Deny** being Subjected to any other Trusts Whatsoever. So Cease and Desist from any Pandemic Treaties, Digital I.D's, Covid-19 Vaccinations, UBI, Central Banking Digital Currency, Social Credit Scores Etc. *"Equity aids the vigilant not those who slumbers on their rights"*

In Conclusion I hereby Command, Invoke, Bestow send a signal or pass to my faithful Servants who are People Bound by Oath to be Persons Worthy of Trust to Defend and Protect the constitution from all enemies foreign and domestic in the Executive Branch of the United States of America in Congress Assembled Through its Commander and chief of the Military pursuant to the constitution of the united states Article II section 2 clause 1 and the 1781 Articles of Confederation Art. VI,IX, Treaty of Marrakech art.I,II,III,X,XI to rid the several states of the united states of america in congress assembled of its infestation of pirates right now it's exigent circumstances and it is an Emergency *"Equity imputes an intent to fulfill an obligation"*.

### Statement of the Cause

The primary subject matter issue of the libellant 's speciali causa (special cause) is for full restoration against the destruction of rights in contravention born of from trespasses upon the stipulations of maritime treaties including, but not limited to:

1. Detaining, molesting, interrupting his ability to pass and repass or otherwise impeding *libellant's* free ingress and regress to and from.

2. Blocking, clogging, or prohibiting his private enjoyment, use, possession, and benefit of his lands, tenements, goods and chattels, reputation, labor and senses.

3. Collecting any kind of rent tribute or tax from them and otherwise exercise his functions of rule over them.

4. Interrupt or destroy *libellants* reputation, right to goods and chattels, credits, liberties, and his labor, or call upon *libelants* for indemnity or satisfaction, on behalf of another,**"under legal compulsion."**

5. Subject *Libellant's "under legal compulsion"* to any statutes, codes, ordinances, provisions, prohibitions, and penalties, have been heavily prejudiced by the presumption that the *libellant* was a citizen of the united states for the district of columbia, or Citizen of the united states of america in congress assembled," and subject to their laws.

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

6. Treating *libellant* as a belligerent and a national of a designated enemy country.

7. Subjecting *libellant* any future inconvenience, probable or even possible to happen by the neglect, inadvertence or culpability of another, by guarding libellant against possible or prospective injuries, and to preserve the means by which *libellant's* existing maritime rights may be protected from future or contingent violations and breach.

8. Endangering *libellant*, implied equitable maritime surety from being injured by the creditor's delay in bringing suit, against the principal debtor.

9. The certificate of Title of special deposit has been issued to the trustees and been delivered.

10. I have been desized their is a breach of reliance my special deposit has been taken and never has it been applied to the accounting i have been wronged *"Equity delights in Equality"*

Your orator requires this court to issue a *Writ of QUIA TIMET* (injunction) in the foregoing bill to inhibit and restrain the said *Defendants/libelee(s)* their heirs, assigns, and agents from continuing said act or acts complained of which are contrary to treaties, the Constitution, the laws of the State, or in violation of their charters. This *Writ of Quia Timet* is required for with good conscience and good reason; it is required that said injunction be made perpetual on the grounds that said acts are contrary to Equity, good conscience, good reason, and are repugnant to the treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters. Your orator requires that said *Defendant(s)/libelee(s),* their heirs, assigns, and agents are so ordered to absolutely desist and refrain from the commission of said trespasses therefrom. Your orator requires that if it be necessary to attach an equitable maritime lien to the company charters, bonds, sureties, and collaterals, of any of the *Defendant(s)libelee(s),* their heirs, assigns, and agents, to secure the payment of the money due to *Claimant,* for fraudulent concealment, any attempt to convert or appropriate said property to *Defendants* own use, dispose of, destroy, or clog the ability to return the collateral to the johnson, andre lemaurio for any breach of faith in contravention, be levied.

*Every homestead is sacred, especially when it belonged to our ancestors, and has been long in our possession. We were made ' of its dust; our fathers and mothers sleep in its bosom; and we expect to repose by their side. Our dearest memories cluster about it; it was our father's kingdom, and the home of our youth where we were princes. To sell it away from us is like a sacrilege, and to turn us out of possession is like driving us out of our Eden and forcing us forever from our holy land. And all this is true, whether the home be a cabin on a mountain side, a cottage in a valley, or a palatial mansion in the midst of a princely estate; for home is home, and there is no place on earth so dear to the human heart, be that home humble, or be it grand; for, after all, it is our home. Fortunately for the unfortunate, the homestead laws, like the Cherubim of Eden, protect the home in very many cases. (Henry R. Gibson, Chancellor)The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson)*

**Maxim: A Judge ought always to have Equity before his eyes**

**Notice of the Conflict and Variance of law**

The remedies sought are of a purely equitable maritime by nature, and the libellant elects to apply for equitable maritime remedy and full restoration and notices that it is an established principle that when there is a conflict between the rules of admiralty/maritime and the rules of equity, over the same subject matter, the rules of equity shall prevail. Further, the claimant states that no adequate, sufficient, or speedy remedy colorable admiralty at law can provide complete justice. Your orator therefore attaches a "Table of Authorities" that are based upon well-established inherent principles and equity in the admiralty and maritime jurisprudence by nature. The maxims in support of your orator's special causes attached herewith by reference and attached hereto in Annex. Further the libellant does notice that this cause is in accordance with the soul, intent and purpose of the 1910 rules of the supreme court of the united states of Admiralty and Maritime, and that Respondents are believed to be

Page 36

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

governed exclusively in accordance with the intent of the Rules of Admiralty and Maritime of same. *Stand by what has been decided, and do not disturb what is settled.*

## Demand for Special and General Restoration/repair

Wherefore the foregoing, your orator therefore requires that this court issue a decree for Libellant's special request for Declaratory Relief of the rights, duties, powers, privileges and immunities between the parties which is operative and binding upon all the parties to the suit, whether they be natural or artificial persons, and whether under disability or not."

a. Acknowledgement of johnson, andre lemaurio a people called Moor beneficiary, as sole exclusive heir to the same subject matter the Name and Estate of "ANDRE LEMAURIO JOHNSON," establishing my equitable maritime rights, powers and relation to said estate; to the private enjoyment, use, possession, and benefit of all property attachments including, but not limited to, all rents, credits emitted, monies borrowed, assets, lands, acquisitions, proceeds, profits, houses,goods and chattels, rights and credits, his person, his wife and minor offspring, his right to work and trade, to sell and acquire property, to engage in lawful business without restriction, to pass and repass among the Christians and Jews, being perfectly secure in his person and property, and his and their reputation, health and capacity to labor;

b. That the libellant be restored all assets including, but not limited to, credits emitted, monies borrowed, rents, assets, lands, proceeds, titles, interests, issues, derivatives, derivations, equitable lien attachments and collaterals, be accounted for, and other rights he sues for, or right, title or interest that he is entitled to claim.

c. That the Claimant, johnson, andre lemaurio, is "in fact" a private people called Moor, americas aboriginal illinoisan national, and Subject of the Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a Citizen of the united states of america in congress assembled;" and that he shall be treated as friendly, amicus curiae, respected, esteemed and as that of the most favored Nation; and that due process and equal Justice shall be rendered in the exclusive admiralty and maritime jurisdiction by nature towards him in all disputes;

d. Decree protection of all rights to subrogation of the equitable surety involving the subject matter obligation/debts;

e. Exoneration from all liability as secondarily liable to the Estate; and shall **"not"** be called upon for indemnity or satisfaction on behalf of another;

f. Decree any other General and Special Relief, with particularity, **"and that your orator may have such further and other relief in the premises as the nature of his case shall require and as to your judgeship shall deem** just. Your orator requires you to issue a decree declaring Libellant johnson, andre lemaurio a private people called Moor to be the Heir and Sole Beneficiary of Further, if said estate is insolvent, then I shall endeavor to make it solvent as a contributing heir subrogee; if there are any encumbrances or collateral relations impeding the administration or execution of said estate I shall also consider to exercise the right to redeem said collateral in declaring a deed absolute to be an equitable maritime mortgage in my favor, in order to extinguish all encumbrances and merge and extinguish any of the corresponding debts or mortgages, as the situation may require.

g. Your orator requires your faithful Servitude to issue a decree *pro confesso* for all libellee(s), and that the matters of account in controversy be and are referred to the Clerk and Master to take and state an account between the libellant and libellee(s) concerning all transactions relating to or growing out of the same. The Master shall compel the production of all such books, papers, documents and other writings as may be in the possession or power of the parties, or either of them, he shall think proper to be produced before him in taking such account. The Master shall require each party to produce and file with the Master said account as to show the balance which either party may owe the libellant, and he will report hereon to the next term of the Court, until which time all other matters are reserved. The Master shall have liberty to state any special circumstances. Injunctive relief to prevent a party plaintiff(s) from using the colorable admiralty Courts of law to obtain or enforce judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice.

h. Decree that your orator be a private people called Moor grantee/grantor/beneficiary/guardian for and on behalf of beasley, andrecia lemaurie, johnson, deandre laterrio Moor beneficiary of the registered organization trust vessel name ANDRECIA LEMAURIE BEASLEY and DEANDRE LATERRIO JOHNSON estate, and that the body, the name, the sum of all their

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as your orator was deprived thereof, with lawful interest, due to beasley, andrecia lemaurie, johnson, deandre laterrio beneficiary, be restored to your orator.

(1)     Decree that your orator be a private people called Moor grantee/grantor/beneficiary/guardian/seaman/admiral/emperor/fat-her for and on behalf of beasley, andrecia lemaurie, johnson, deandre laterrio beneficiary of the registered organization trust vessel name ANDRECIA LEMAURIE BEASLEY and DEANDRE LATERRIO JOHNSON estate, and that the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as your orator was deprived thereof, with lawful interest, due to beasley, andrecia lemaurie and johnson, deandre laterrio beneficiary be restored to your orator.

i. Decree that anyone acting as a People who is bound by oath to be Persons worthy of Trust, shall render upon request by the Libellant, the specific performance, to produce an annual a full accounting and non-commingled, of all real, personal, and equitable maritime assets and debts due to Libellant estate(s) during such time as he was deprived; and that a fiduciary be appointed for each life estate in those assets; the Trustee(s) of the private trust established settle and close this matter; and release any and all collateral, and return all remaining trust res, by reconversion of said "Trust Account(s)" interest, in USD species, to Libellant johnson, andre lemaurio Moor heir/beneficiary; extinguish all state, local, tax, obligation, reprisal, remuneration, indemnification, or debts, if any; exhibit and account for the funds or other property in which the Libellant has an interest, and to pay over whatever may be due or belong to him, or the balance due Libellant on a fair accounting to be held by you on Special Deposit; That the Libellant johnson, andre lemaurio, a private people called Moor heir/beneficiary and shall have the right to claim, as grantee absolute, 900,000 acres of land, of his own choosing, including but not limited to, water rights, or surface or subsurface rights to lands, held in trust by the Department of the Interior for Moor aborigine descendants, shall be set aside and recorded in the name of the AMUUR MATIYN ZAAKIR EL TRUST for the private enjoyment, use, possession, and benefit, at that time and forever for the named johnson, andre lemaurio, his heirs and beneficiaries. Said claim of lands, any interest in lands, water rights, or surface or subsurface rights to lands, including this trust or otherwise restricted allotments and rights, SHALL NOT BE TAXED by, and is subject to NO other trust, existing building and use restrictions, easements and zoning ordinances of record, governing body or political subdivision, whether federal, State or local, if any, outside the exclusive equitable admiralty and maritime jurisdiction by nature laws of nations, WHATSOEVER;

j. That any cloud be removed from any real, personal, equitable maritime assets, or named estate(s) or the title be divested and vested, that Libellant makes equitable maritime claim to; and a permanent equitable maritime estoppel be granted against any and all non-bona fide parties. That perpetual Injunctive relief shall issue against all classes of defendant(s)libelee(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the united states of america and of the several states

k. That perpetual Injunctive relief shall issue against all classes of libelee(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the united states of america and of the several states who are subject to their treaties and constitutions, shall acknowledge the Libellant special and particular political status"; and the Libellant shall "not" be treated as a national/ally/neutral of a designated enemy country, or made subject to the Trading with the Enemy Act of 1933, nor the Emergency War Power Act or any other act that is repugnant to the maritime treaties; and that Libellant shall be excepted from any act, law, statute, ordinance, regulation, or prohibition that is in any way repugnant to the maritime/mercantile treaties between the Citizens of the United States of North America and the Subjects of the Al Maroc Shereefian Empire;

l. Injunctive relief to prevent a party plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

m. Injunctive relief to prevent a party plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

n. Injunctive relief to be granted to perpetually inhibited defendant(s)/libelee(s) from the commission of any act and perpetually restrained libelee(s) from the commission of an act which would be contrary to Equity admiralty and maritime by nature good conscience, and good reason, the maritime treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters;

o. Injunctive relief to be granted on behalf of an "implied equitable maritime surety," to enjoin any suit at law by creditor(s) whenever the creditor delays to sue after notice or demand;

p. Injunctive relief be granted to perpetually inhibited defendant(s)/libellee(s), or anyone acting as a People who is bound by oath to be Persons worthy of Trust, from the asserting of any form of unlawful detainment, molestation, forced medical treatment, vaccinations, or forced use of protective apparel or any differentiating mark or sign to be placed upon your orator or anyone of his heirs/beneficiaries, without their expressed written consent, they all shall be exempt from being visited or quarantined, under any pretense whatever, by anyone acting as a People bound by oath to be Persons worthy of Trust. Any defendant(s)/libelee(s), their heirs and assigns, in violation of said injunction shall have an equitable maritime lien attached to their bonds, sureties, and collaterals, for your breach of faith, if any equitable admiralty grounds for attachment exist, state it.

q. That all other matters are reserved, and either party is to be at liberty to apply to the Court as occasion may require; and that the Libellant have such other relief as he demands for, and may be entitled to, and that the proper final process shall issue; That this relief has been granted on proper grounds and in keeping with good reason and good conscience.

r. That all my beneficiaries known and unknown are protected and honored and respected as the Most Favorite nation and that all christian enemies of the united states for the district of columbia and the united nations all its agents employees, franchises, subsidiaries are restrained from molesting me my heirs/beneficiaries failure to prevent such protection will be in breach of 1794 Jay Treaty XXI, Treaty of Marrakech 1836 article II

All People who are bound by oath to be Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation to support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties. *I Love You All*

*Equity regards the beneficiary as the true owner*

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:

*I DECLARE,* under penalty of perjury under the land, air and waters of the Al Maroc Shereefian Empire that the foregoing is true and correct. Executed: _November 20th_ 2023.

By: _johnson-el, andre lemaurio_

**johnson, andre lemaurio** *grantee/grantor/heir/beneficiary/Admiral/Merchant*
a private people called Moor /americas aboriginal illinoisan national, ingress in tennessee
    *"but not citizen of the united states for the district of columbia, nor the Citizen of the united states of america in congress assembled."*
    amuurmatiynzaakireltrust7@gmail.com
    **Special deposit , Private, Priority**

**WITNESSES**

_Andrecia Beasley_              _Tonaka Epps_                    **Print Witness**
                               _Somaka Epps_

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

1981-S Susan B. Anthony
Dollar B-1
APMEX.COM
SKU#: 5071 / BMSB-*-52220

CERTIFIED MAIL

9589 0710 5270 1536 3086 74

Johnson-el, andre romain
c/o Amaur Matiyn Zaakir El Trust
7115 Southpoint P.kwy, Suite 5-190
Brentwood, Tennessee 37027





U.S. POSTAGE PAID
FCM LG ENV
NASHVILLE, TN 37229
NOV 21, 2023
**$10.93**
R2305M14332-21
19106
RDC 99
Retail

RETURN RECEIPT
REQUESTED

George V. Wylesol
Clerk of the Court
601 Market Street

Philadelphia, Pennsylvania
19106

WYLE601   152   42 1    N   C0212/09/23
UNABLE TO FORWARD/FOR REVIEW
**######**

BC: 37229999955 DU2099N343124-00813

FWD

RECEIVED
DEC 2 6 2023

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

George V. Wylesol
Clerk of the Court
601 Market Street
Philadelphia, Pennsylvania 19106

9590 9402 7978 2305 6228 94

2. Article Number *(Transfer from service label)*

9589 0710 5270 1536 3086 74

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

U.S.M.S.
X-RAY